---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Tue, Feb 23, 2021 at 10:21 AM
Subject: Missed Classes
To: Shalima Olorunoje <solorunoje@paulcharter.org>

Good Morning Ms. Olorunoje,

I missed Advisory, Block 4, and Block 5 this morning due to personal reasons. I am writing to inform you of that and also ask what procedures I may need to follow, if any.

Sincerely,
Mr. Hester

---------- Forwarded message ---------
From: Jared Hester <jhester@paulcharter.org>
To: jaredhester1@gmail.com
Cc:
Bcc:
Date: Wed, 24 Feb 2021 15:03:32 -0500
Subject: Fwd: Letter from Healthcare Provider

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Wed, Feb 24, 2021 at 3:03 PM
Subject: Letter from Healthcare Provider
To: Pamela Merkerson <pmerkerson@paulcharter.org>

Good Afternoon Ms. Merkerson,

The letter from my healthcare provider about workplace accommodations is attached.

I also have another question. Do you need a letter from him explaining my absence yesterday, which was due to a medical issue?

Regards,
Mr. Hester

---------- Forwarded message ---------
From: Steven Robinson <steven.robinson@students.paulcharter.org>
To: Jared Hester <jhester@paulcharter.org>
Cc:
Bcc:
Date: Fri, 5 Feb 2021 21:02:58 -0500
Subject: Late work/grades
Dear Mr. Hester,
Thank you for giving me a chance to do sum make-up work! I turned most if not all of it in

---------- Forwarded message ---------
From: Pamela Merkerson <pmerkerson@paulcharter.org>
To: Jared Hester <jrdhester@gmail.com>
Cc:
Bcc:

Date: Wed, 3 Mar 2021 14:04:51 -0500
Subject: Re: Last paycheck
Ok. I'll let them know.

Sent from my iPhone

> On Mar 3, 2021, at 1:56 PM, Jared Hester <jrdhester@gmail.com> wrote:

Hello,

I will be able to pick up the check at the school between 3:00 pm and 5:00 pm.

Sincerely,
Mr. Hester

On Wed, Mar 3, 2021 at 11:20 AM Jared Hester <jrdhester@gmail.com> wrote:
Good morning,

I will let you know if I can come to the school at 3:00 pm today as soon as I can.

Thanks,
Jared Hester

On Wed, Mar 3, 2021 at 9:40 AM Pamela Merkerson <pmerkerson@paulcharter.org> wrote:
Good morning Mr. Hester,

I received your message concerning your paycheck, my apologies, given the pandemic others have opted to keep with the direct deposit option for money distribution, but we will ensure that a paycheck is cut and available for you today in lieu of the March 5th direct deposit.
Ms. Cunningham will be on campus between 3pm and 5pm today. If this time frame works for you, just let me know and I'll let the team know to expect you.

PM

--

**Pamela Merkerson**
Executive Director of Talent **|** Paul PCS
**e:** pmerkerson@paulcharter.org   **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**

 

---------- Forwarded message ----------
From: Jared Hester <jhester@paulcharter.org>
To: Tomiko Graves <tgraves@paulcharter.org>
Cc:
Bcc: jaredhester1@gmail.com
Date: Fri, 19 Feb 2021 10:45:45 -0500
Subject: Lesson Plan Extension
Good Morning, Ms. Graves,

I am writing to let you know that I will not get lesson plans thoroughly done by 3 today. What I will be able to provide is a skeleton or proposed ideas of what I plan to teach next week, but it will likely be lacking the details that you have requested of me.

I am sorry about that but I look forward to getting you the plans as soon as possible.

Thank you for your understanding,
Mr. Hester

---------- Forwarded message ----------
From: Jared Hester <jhester@paulcharter.org>
To: Tomiko Graves <tgraves@paulcharter.org>
Cc:
Bcc: jaredhester1@gmail.com
Date: Thu, 25 Feb 2021 17:31:54 -0500
Subject: Re: Lesson Plans
Those lesson plans are done.

On Thu, Feb 25, 2021 at 5:28 PM Tomiko Graves <tgraves@paulcharter.org> wrote:
> Hi Mr. Hester,
>
> That's fine.  Thanks for reaching out.
>
> On Thu, Feb 25, 2021 at 1:11 PM Jared Hester <jhester@paulcharter.org> wrote:
>> Good Afternoon,
>>
>> I am writing to give you an update on my lesson plans for next week, 3-1 through 3-4.
>>
>> I have completed Spanish II lesson plans for 3-1 through 3-4 and 3-8 through 3-11.
>> I am still working on Spanish II for Native Speakers and Spanish III lesson plans.
>>
>> I don't believe I will have the second set of lesson plans done by the deadline of 3pm today. I am therefore asking for an extension to 7pm tonight.
>>
>> Respectfully,
>> Mr. Hester

--

**T Graves**
HS Assistant Principal **|** Paul PCS
**e:** tgraves@paulcharter.org   **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---------- Forwarded message ----------
From: Human Resource <HR@paulcharter.org>
To: Jared Hester <jrdhester@gmail.com>
Cc:
Bcc:
Date: Mon, 1 Mar 2021 11:38:12 -0500
Subject: Re: Paul PCS Offboarding
We have received all of your items. Thank you.

On Fri, Feb 26, 2021 at 5:07 PM Jared Hester <jrdhester@gmail.com> wrote:
> For sure. Have a great weekend!

> On Fri, Feb 26, 2021 at 4:53 PM Human Resource <HR@paulcharter.org> wrote:
>> Yes, that is correct. Thanks for confirming!

>> On Fri, Feb 26, 2021 at 3:52 PM Jared Hester <jrdhester@gmail.com> wrote:
>>> Hi Trina,
>>>
>>> Thank you very much. I have read through the off-boarding document. To confirm, the only items which I need to return to Paul are the Paul-issue laptop, charger, and the other electrical adapter that came with it, correct?
>>>
>>> Thank you and have a great weekend!
>>> Jared
>>>
>>> On Fri, Feb 26, 2021 at 3:12 PM Human Resource <HR@paulcharter.org> wrote:
>>>> Hello Jared,
>>>>
>>>> Thank you for your time and work at Paul PCS. Attached is your offboarding paperwork. Let me know if you have any questions!
>>>>
>>>> Best wishes,
>>>>
>>>> Trina
>>>>
>>>> --
>>>> Paul Public Charter School
>>>> www.paulcharter.org
>>>> https://www.instagram.com/paulpcstalent

--
Paul Public Charter School
www.paulcharter.org
https://www.instagram.com/paulpcstalent

--
Paul Public Charter School
www.paulcharter.org
https://www.instagram.com/paulpcstalent


…

[Message clipped]  View entire message

---

**39 attachments**





**Screenshot 2021-02-17 at 9.25.46 AM.png**
21K



**Screenshot 2021-02-17 at 9.25.30 AM.png**
40K



**Screenshot 2021-02-17 at 9.24.58 AM.png**
149K



**Screenshot 2021-02-24 at 3.25.37 PM.png**
51K

**Screenshot 2021-02-24 at 3.25.13 PM.png**
125K





**Screenshot 2021-02-24 at 3.24.42 PM.png**
104K



**Screenshot 2021-02-24 at 3.25.56 PM.png**
75K



**Screenshot 2021-02-24 at 3.24.53 PM.png**
26K

**Screenshot 2021-02-24 at 3.23.28 PM.png**
51K



 **Screenshot 2021-02-24 at 3.23.18 PM.png**
63K

**Screenshot 2021-02-24 at 3.22.46 PM.png**
39K





**Screenshot 2021-02-24 at 3.22.35 PM.png**
72K

**Change of Address.eml**
2K

**Communication with Merkerson After Termination.eml**
2K

**Advisory, B4, and B5 Attendance.eml**
5K

**Formal Notice of Concern.eml**
319K

**J. Hester Response.pdf**
201K

**Follow up on grievance.eml**
288K

**Fwd: Follow up on grievance.eml**
12K

**Formal Reprimand_ J. Hester.docx**
66K

**Formal Reprimand.eml**
118K

**Fwd: Missed Classes.eml**
6K

**Jared Hester Letter of Accommodations.pdf**
26K

**Fwd: Letter from Healthcare Provider.eml**
42K

**Late work grades.eml**
8K

**Last paycheck.eml**
18K

**Lesson Plan Extension.eml**
6K

Lesson Plans.eml
16K

Letter to the Board of Trustees.eml
12K

Paul PCS Offboarding.eml
10K

Paul Public Charter School Inc Mail - Lesson Plan Extension.pdf
51K

Paul Public Charter School Inc Mail - Lesson Plan and Grade Extensions.pdf
51K

Fwd: Formal Reprimand.eml
993K

PIP - UPDATE.eml
31K

Re: No Doctor's Note Yet.eml
48K

PAST DUE - A3 Project Planning Template.eml
493K

Today's Absence without notification.eml
20K

Spanish II Lesson Plans.eml
55K

Spanish II Lesson... - @tgraves@paulcharter.org  This isn't ....eml
45K

PAUL P U B L I C
C H A R T E R
S C H O O L

February 24,  2021

To:  Jared Hester, World Language Teacher
Fr:   Shalima Olorunoje, HS Principal
Re:  1st Formal Reprimand_Lack of Adherence to Professional Expectations

All Paul PCS employees are expected to adhere to professional duties and responsibilities outlined in our Academics Expectations Policy (AEP) Manual, Student Support Manual, Operations Manual, and Employee Handbook.

The SY20-21 AEP Manual specifically states on pg. 21 in the "Instructional Expectations" section and on pg. 28 in the Appendix section, it states that **"lesson plans are due by 3 pm on Thursday for the following week".**

For the weeks of 2/15/21 and 2/22/21 of SY20-21, <u>your lesson plans have been incomplete</u>.  This is not acceptable.  Lesson plans are a requirement of all teachers to ensure that thoughtful and strategic planning is occurring and to provide school leaders context on strengths and opportunities for growth in teacher practice.

In the future, it is expected that you:
- Submit lesson plans, using the <u>approved Paul PCS Lesson Plan Template</u> by the required deadline of 3 pm on Thursdays.
- Communicate any challenges impeding completion of lesson plans to me and/or your designated coach <u>prior to the stated deadline</u>.

Failure to adhere to the above-outlined expectations will result in further disciplinary consequences, up to and including termination.

Please sign below to acknowledge receipt of this memorandum.

_____          _____
                                                                          Date

___*Shalima Olorunoje*_____  _2/21/21
Shalima Olorunoje, Principal, PIHS                          Date

Cc:  Charlotte Spann, Executive Director of Schools
       Pamela Merkerson, Director of Talent
       Tracy Wright, Chief Executive Officer

| From: | "Jared Hester" <jhester@paulcharter.org> |
|---|---|
| To: | "Jared Hester" <jrdhester@gmail.com> |
| Date: | 2/24/2021 3:29:27 PM |
| Subject: | Fwd: Formal Reprimand |
| Attachments: | Paul Public Charter School Inc Mail - Lesson Plan Extension.pdf |
| | Paul Public Charter School Inc Mail - Lesson Plan and Grade Extensions.pdf |

---------- Forwarded message ---------
From: Jared Hester <jhester@paulcharter.org    >
Date: Wed, Feb 24, 2021 at 3:29 PM
Subject: Re: Formal Reprimand
To: Shalima Olorunoje <solorunoje@paulcharter.org    >
Cc: Human Resource <hr@paulcharter.org    >, Charlotte Spann <cspann@paulcharter.org    >

Thank you, Ms. Olorunoje. I have received it and read it.

I am sending you screenshots of my completed lesson plans for the week of 2-15 (Monday 2-15 was off for Presidents Day).
I am also sending you the emails I sent to Ms. Graves and Ms. Merkerson for this week requesting an extension for the lesson plans of the week of 2-22 on Wednesday 2-17 before the Thursday deadline.

Regards,
Mr. Hester

On Wed, Feb 24, 2021 at 9:18 AM Shalima Olorunoje <solorunoje@paulcharter.org    > wrote:
 Greetings,
 The formal reprimand is attached.

 On Wed, Feb 24, 2021 at 9:11 AM Jared Hester <jhester@paulcharter.org    > wrote:
  Thank you. It was not attached.

  On Wed, Feb 24, 2021 at 9:09 AM Shalima Olorunoje <solorunoje@paulcharter.org    > wrote:
   Greetings,

   Attached you will find your formal reprimand for failure to adhere to our organization's professional duties.

   Please read in its entirety and we will discuss it in detail during our meeting on Friday.

   Best,
   Mrs. Olorunoje

   --

**Shalima Olorunoje**
HS Principal **|** Paul PCS
**e:** solorunoje@paulcharter.org     **p:** (202) 291 7499
**a:** 5800 Eighth Street NW , Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* DONATE TODAY

 

--

**Shalima Olorunoje**
HS Principal **|** Paul PCS
**e:** solorunoje@paulcharter.org     **p:** (202) 291 7499
**a:** 5800 Eighth Street NW , Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* DONATE TODAY

 

Week of 2-22

| GOALS FOR LEARNING | | |
|---|---|---|
| **STANDARD(S):** ACTFL and OSSE Standards for Communication, Culture, Connection, Comparisons and Communities. | **LEARNING OBJECTIVE(S):** | **ESSENTIAL QUESTION(S):** |
| | -Students will be able to enumerate the quantity of women randomly interviewed on the streets of Havana, Cuba about their preference for skin color in a partner and explain why, in relationship to the past lesson on the concept in Latin America of "adelantar la raza" for Black History Month.<br><br>-Students will also begin watching and reporting on three topics: black Colombians, Palenqueros, and Black Mexicans in honor of Black History Month.<br><br>--Students will also work on "concordancia" (gender matching of nouns and adjectives). | 1.  Que significa mulato, negro y blanco? |

| RUBRIC/CRITERIA FOR SUCCESS: | | ASSESSMENT OF STUDENT MASTERY |
|---|---|---|
| *What evidence will students show to demonstrate progress/or towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product/performance?* | | *(Possibly an Exit Ticket but not required).*<br>*What will you use to measure whether or not students' mastered the objective?* |
| Numbers for each category (negro, blanco, mulato) | | Worksheet:<br>https://docs.google.com/document/d/1aR3J80q3zr2r6af07Cu_2t4oxfV23V_Jk0VZhos9UCbs/edit |
| **HOMEWOR K** | **Description of Task** | N/A |
| | **Accommodations** | Extended time and other accommodations as specified or requested. |

| LEARNING EXPERIENCE DESIGN | | |
|---|---|---|
| **DO NOW**<br>*How are students priming their brains for learning?* | **Pacing** | >5 minutes |
| | **Description of Task** | Students answer the question of "how do you feel" in the chat box on Zoom.<br><br>Students will also complete a daily homophone warm-up:<br>https://www.livewoksheets.com/worksheets/es/Lengua_Ca_stellana/Palabras_hom%C3%B3fonas/Palabras_hom%C3%B3fonas_db1297126heh |

| | **Accommodations** | As specified or requested. Certain students will be given more time to respond, or may respond in writing if vocalization is difficult. |
|---|---|---|

| | | |
|---|---|---|
| **TEACHER LED INSTRUCTION** *How are students processing the content and engaging in the description of the model?* | **Pacing** | <10 minutes |
| | **Description of Model & Key Points** *Framing: The skill students will see and how students should engage.*  *Show-n-Tell: Self-talk/narration of the thinking process for the skill with visuals*  *Debrief: CFU/Discussion and stamping of key points for thinking process (what & why). Launch into group or IP.* | This lesson will not have teacher-led instruction because it is a continuation of the last week's lesson that was not completed due to time.  Students also have to finish assignment from last Wednesday. |
| | **Accommodations** | As needed. Repetitions. Translations for EL learners. |
| **STUDENT PRACTICE** *How are students applying their learning through an independent/group task? How is student work monitored and feedback provided?* | **Pacing** | 50 minutes |
| | **Description of Task** | Students will watch video: https://www.youtube.com/watch?v=z49nA5J1Y0Ts  ¿Qué prefieren les CUBAN...  youtube.com |
| | **Accommodations** | |
| **CLOSING** *How are you closing the day's lesson to stamp learning, assess learning and/or prime students for learning to come?* | **Pacing** | |
| | **Description of Task & Key Points** | |

**Paul Public Charter School Lesson Plan**

Comments:

**Brianna Stephens** 12:55 PM Feb 14
I think this is a cool idea for your asynchronous lesson - perhaps you can have students reflect even more on the video by asking them to reflect on why they think these women have these biases. Maybe theres a short video they can watch race relations in Latin America to give some context on the video so they can form their opinion after the ¿Qué prefieren...? video
Show less

**Jared Hester** 1:30 PM Feb 14
Yes! That is what I was hoping. I would like them to articulate the historical forces that contribute to people's desires to marry someone lighter than them. In past classes we discussed the idea behind "adelantar la raza" and looked at Brocos' "Redemption of Ham" painting.
Show less

**Jared Hester** 1:30 PM Feb 14
But the WHY here is really important. It's the crux of this lesson.

**Tomiko Graves** 11:15 AM Feb 18
Marked as resolved

**Jared Hester** 12:10 PM Feb 18
Re-opened

Reply or add others with @

| TEACHER NAME: Hester | COURSE: Spanish III | DATE: Wednesday, 2/17/2021 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| **STANDARD(S):** ACTFL and OSSE Standards for Communication, Culture, Connection, Comparisons and Communities. | **LEARNING OBJECTIVE(S):** -Students will be able to explain why Modesto Broco's painting is called the Redemption of Ham and identify who Ham is. | **ESSENTIAL QUESTION(S):**  1. Why is the painting specifically called the REDEMPTION of Ham? And who is Ham? |
| **RUBRIC/CRITERIA FOR SUCCESS:** *Where evidence will students show to demonstrate progress on towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product and performance?* | | **ASSESSMENT OF STUDENT MASTERY** *(Possibly an Exit Ticket but not required) What will you use to measure whether or not students mastered the objective?* |
| Explaining why the "redemption" and who "Ham" is. | | A written response. |
| **HOMEWORK** | **Description of Task** | N/A |

4/10/2021

| LEARNING EXPERIENCE DESIGN | | |
|---|---|---|
| **DO NOW**<br>*How are students priming their brains for learning?* | Pacing | >5 minutes |
| | Description of Task | Students answer the question of "how do you feel" in the chat box on Zoom.<br><br>Students will also complete a daily homophone warm-up:<br>https://www.liveworksheets.com/worksheets/es/Lengua_Castellana/Palabras_homófICPhfEPhomas/Palabras_homófICPhfEPhomas_oih1ZN703lqh |
| | Accommodations | As specified or requested. Certain students will be given more time to respond, or may respond in writing if vocalization is difficult. |
| *How are students processing the content and engaging in the description of the model?* | Pacing | <10 minutes |
| | Description of Model & Key Points | https://docs.google.com/presentation/d/1ZI2xvLWW5MRhGfLNSnPYYOXGswZLEFPw3OEVOSzufbi8/edit#slide=id.gbd360ff5a7_0_25 |
| | | Framing: The skill students will see and how students should engage.<br><br>Show-n-Tell:<br>Self-calibration of the |



| | thinking process for the skill with visuals<br><br>Debrief: CFU/Discussion and stamping of key points for thinking process (what & why). Launch into group or ip | |
| | Accommodations | As needed. Repetitions. Translations for EL learners. |
| **STUDENT PRACTICE**<br>*How are students applying their learning through an independent/group task?*<br>*How is student work monitored and feedback provided?* | Pacing | 50 minutes |
| | Description of Task | Give your reasoning as to why Bisco's painting is called "A redención de Cam" using an analysis of the painting, understanding of who Ham is and what he is meant to represent, understanding what the story of Ham was used to represent, and using outside understandings of this personaje. You must cite your sources.<br><br>Rubric:<br>A - Responded to every piece of the prompt and cited sources for every idea not your own.<br>B - Missed one response or sources.<br>C - Missed two responses or sources.<br>F - Missed more than two responses or sources.<br><br>Writing should be done entirely in Spanish and without the use of an automatic translator. You may use an online dictionary, but you must cite the specific words you looked up.<br><br>Tips: If Spanish is not a primary language for you, the best way to go about this is to look at sources in Spanish that you can comprehend, then write using a similar language. However, do not copy and paste. |
| | Accommodations | As needed. |
| **CLOSING**<br>*How are you closing the day's lesson to stamp learning, assess learning and/or prime students for learning to come?* | Pacing | <5 minutes |
| | Description of Task & Key Points | Complete reflection document on Google Classroom (three things you learned, saw, or did). |

**Assigned to** You ✓

**T** Tomiko Graves
12:20 PM Feb 15

@jhester@paulcharter.org I shared a model for what the scripting should look like for this portion. Please revise and update based on the model.

Additionally, remember that Avancemos is the foundation. Where is the avancemos connection?
Show less

Assigned to you

**J** Jared Hester
6:47 PM Feb 15

This class won't be doing Avancemos while I teach them Black History Month lessons. Avancemos also stops at Level 2, and they are Level 3, but you will see that after Black History Month lessons are done, I will use the same resource from the book I use for Spanish II, the FYI site.
Show less

**J** Jared Hester
6:51 PM Feb 15

I don't see the model in my email. Where have you sent it?

**J** Jared Hester
6:55 PM Feb 15

Okay, I found it. After looking over it, I don't see any substantial differences, except maybe in the formatting (use of a subheading then numbered questions below). Is this what you're referring to?

Reply or add others with @

**Paul Public Charter School Lesson Plan**



| TEACHER NAME: Hester | COURSE: Spanish III | DATE: Monday, 2/22/2021 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| STANDARD(S): ACTFL and OSSE Standards for Communication, Culture, | **LEARNING OBJECTIVE(S):** | **ESSENTIAL QUESTION(S):** |
| Connection, Comparisons and Communities. | -Students will be able to enumerate the quantity of women randomly interviewed on the streets of Havana, Cuba about their preference for skin color in a partner and explain why, in relationship to the past lesson on the concept in Latin America of "adelantar la raza" for Black History Month.<br><br>-Students will also begin watching and reporting on three topics: black Colombians, Palenqueros, and Black Mexicans in honor of Black History Month.<br><br>--Students will also work on "concordancia" (gender matching of nouns and adjectives). | 1. Que significa: mulato, negro y blanco? |

**Messages panel (right side):**

Assigned to You ✓

**Tomiko Graves** 10:17 AM Feb 22
@jhester@paulcharter.org I noticed that students weren't doing this today during your class. Can you share why the lesson was different than what's here?

Assigned to you

**Jared Hester** 3:43 PM Yesterday
I am happy to do so.

Yesterday students reviewed an activity from last week and finished up a writing assignment. It was my determination that students would do better returning to that task and refocusing on it before moving onto this task.

I can retroactively update the lesson plans to reflect this, if you would like.
Show less

Reply or add others with @

| RUBRIC/CRITERIA FOR SUCCESS: | | ASSESSMENT OF STUDENT MASTERY |
|---|---|---|
| *Where evidence will students show to demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product at performance?* | | *(Possibly an Exit Ticket but not required): Where will you use to measure whether or not students mastered the objective?* |
| Numbers for each category (negro, blanco, mulato) | | Worksheet: https://docs.google.com/document/d/1aRJtJWa3sr7HfaeR7Cu2kotV2SVJ46V7bsg2COtaiiad/ |
| **HOMEWORK** | Description of Task | N/A |
| | Accommodations | Extended time and other accommodations as specified or requested. |

| **LEARNING EXPERIENCE DESIGN** | | |
|---|---|---|
| **DO NOW**<br>*How are students priming their brains for learning?* | Pacing | >5 minutes |
| | Description of Task | Students answer the question of "how do you feel" in the chat box on Zoom.<br><br>Students will also complete a daily homophone warm-up: https://www.livewordsheets.com/worksheets/es/Lengua_Castellana/Palabras_homfiiCPbBShomeoPalabras_homfiiCPbB3lingua_sh1287258ph |

| TEACHER NAME: Hester | COURSE: Spanish III | DATE: Wednesday, 2/17/2021 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| STANDARD(S): ACTFL and OSSE Standards for Communication, Culture, Connection, Comparisons and Communities. | **LEARNING OBJECTIVE(S):**<br>-Students will be able to explain why Modesto Broco's painting is called the Redemption of Ham and identify who Ham is. | **ESSENTIAL QUESTION(S):**<br>1. Why is the painting specifically called the REDEMPTION of Ham? And who is Ham? |
| **RUBRIC/CRITERIA FOR SUCCESS:**<br>*Where evidence will students show to demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product at performance?* | | **ASSESSMENT OF STUDENT MASTERY**<br>*(Possibly an Exit Ticket but not required): Where will you use to measure whether or not students mastered the objective?* |
| Explaining why the "redemption" and who "Ham" is. | | A written response. |
| **HOMEWORK** | Description of Task | N/A |
| | Accommodations | Extended time and other accommodations as specified or requested. |

| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |
|---|---|---|
| **STUDENT PRACTICE** *How are students applying their learning through an independent/group task? How is student work monitored and feedback provided?* | Pacing | 30 minutes |
| | **Description of Task** | Students recorded themselves reading an article and an opinion poll aloud in a group.<br><br>Afterwards, students completed writing practice according to their level.<br><br>Beginner:<br>https://www.liveworksheets.com/zf1201529ba & https://www.liveworksheets.com/ox1411141ab (harder) or<br>https://www.liveworksheets.com/me1212685gd (easier)<br><br>Advanced:<br>https://www.liveworksheets.com/worksheets/es/Leng ua_Castellana/Expresi%C3%B3n_escrita/Crea_unha_hi storia_jy80216bzg  (use this:<br>https://www.random.org/dice/) |

| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |
|---|---|---|
| **CLOSING** *How are you closing the day's lesson to stamp learning assess learning and/or prime students for learning to come?* | Pacing | 10 minutes |
| | **Description of Task & Key Points** | Daily Reflective Journal (3 sentences in Spanish):<br><br>• Essential:<br> ○ ¿Qué viste, leíste o aprendiste hoy? (Escribe tres o cuatro cosas).<br><br> ○ ¿Qué parte o partes de la lección, programa, lectura o actividad te gustó o te gustaron?<br><br> ○ ¿Qué parte o partes no te gusto o no te gustaron?<br><br>• Challenge:<br> ○ Describe a detalle entre tres y cinco cosas que viste, leíste, aprendiste, o que te fueron interesantes durante la lección o el trabajo de hoy. Tus oraciones tienen que ser completas con la puntuación, ortografía y acentuación adecuadas (rae.es). |

4/10/2021

### Paul Public Charter School Lesson Plan

| TEACHER NAME: Jared Hester | COURSE: Spanish II (B4, B5, B7) | DATE: Thursday, 2/18/2021 |
|---|---|---|

| **GOALS FOR LEARNING** | | |
|---|---|---|

| STANDARD(S): | LEARNING OBJECTIVE(S): | ESSENTIAL QUESTION(S): |
|---|---|---|
| **ACTFL 5 C's** <br> • Communication - Interpretive. <br> • Cultures - Argentina, The UN. <br> • Comparisons - The article is in English and Spanish. <br> • Connections - Global Health, Education, Social Issues. <br> • Communities - Real World Scenario. | • *This lesson was a repeat of Tuesday's lesson, which was not successful due to numerous technical and group issues.* <br><br> Students will be able to give their opinion on whether or not schools should reopen in the COVID-19 Pandemic. | • What is my role in the group? |

| RUBRIC/CRITERIA FOR SUCCESS: <br> *Where silence will students show & demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product al performance?* | | ASSESSMENT OF STUDENT MASTERY <br> (Possibly an Exit Ticket but not required): <br> *What will you use to measure whether or not students mastered the objective?* |
|---|---|---|
| • Well spoken, clean pronunciation, participated in your role. | | • A recording. |

| HOMEWORK | Description of Task | N/A |
|---|---|---|
| | Accommodations | N/A |

| **LEARNING EXPERIENCE DESIGN** | | |
|---|---|---|

| DO NOW | Pacing | 5 minutes |
|---|---|---|
| How are students priming their brains for learning? | Description of Task | How are you? Unscramble the word. |
| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |

| TEACHER LED INSTRUCTION <br> How are students processing the content and engaging in the description of the model? | Pacing | 5 minutes |
|---|---|---|
| | Description of Model & Key Points <br><br> *Framing: The skill students will see and how students should engage.* <br><br> *Show-n-Tell Self-call/narration of the thinking process for the skill with visuals.* <br><br> *Debrief: CFU/Discussion and stamping of key points for thinking process (what & why). Launch into group or IP.* | Teacher will ask students to list roles and describe what they do in three words. <br><br> Show students Flipgrid recording process: |

| STUDENT PRACTICE <br> How are students applying their learning through an independent/group task? <br> How is student work monitored and feedback provided? | Pacing | 30 minutes |
|---|---|---|
| | Description of Task | Flipgrid: <br> https://admin.flipgrid.com/manage/topics/23766347 <br><br> Material: <br> https://theshfu.com/spanish/what-do-you-think/ (Please note that this resource is from the textbook Avancemos and is at level 2). |
| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |

| CLOSING <br> How are you closing the day's lesson to stamp learning, assess learning and/or prime students for learning to come? | Pacing | 10 minutes |
|---|---|---|
| | Description of Task & Key Points | Daily Reflective Journal (3 sentences in Spanish): <br><br> • Essential: <br> ○ ¿Qué viste, leíste o aprendiste hoy? (Escribe tres o cuatro cosas). <br> ○ ¿Qué parte o partes de la lección, programa, lectura o actividad te gustó o te gustaron? <br> ○ ¿Qué parte o partes no te gustó o no te gustaron? <br><br> • Challenge: <br> ○ Describe a detalle entre tres y cinco cosas que viste, leíste, aprendiste, o que te fueron interesantes durante la lección o el trabajo de hoy. Tus oraciones tienen que ser completas con la puntuación, ortografía y acentuación adecuadas (rae.es). |



### Paul Public Charter School Lesson Plan

| TEACHER NAME: Jared Hester | COURSE: Spanish II (B4, B5, B7) | DATE: Tuesday, 2/16/2021 |
|---|---|---|

| GOALS FOR LEARNING | | |
|---|---|---|
| **STANDARD(S):** | **LEARNING OBJECTIVE(S):** | **ESSENTIAL QUESTION(S):** |
| **ACTFL 5 C's**<br>• Communication - Interpretive.<br>• Cultures - Argentina, The UN.<br>• Comparisons - The article is in English and Spanish.<br>• Connections - Global Health, Education, Social Issues.<br>• Communities - Real World Scenario. | • Students will be able to give their opinion on whether or not schools should reopen in the COVID-19 Pandemic. | • What is my role in the group? |

| RUBRIC/CRITERIA FOR SUCCESS: *Where silence will students show to demonstrate progression towards mastery of the learning objective? What skills/acts should we use to judge the effectiveness of the student product/performance?* | | ASSESSMENT OF STUDENT MASTERY (Possibly an Exit Ticket but not required). *What will you use to measure whether or not students mastered the objective?* |
|---|---|---|
| • Must speak clearly and follow your role. | | • Flipgrid recording of text, voting options, and results read aloud. |

| HOMEWORK | Description of Task | N/A |
|---|---|---|
| | Accommodations | N/A |

| LEARNING EXPERIENCE DESIGN | | |
|---|---|---|
| **DO NOW**<br>*How are students priming their brains for learning?* | Pacing | 5 minutes |
| | Description of Task | • Unscramble **o9-idc1v**<br>• Focus on how to say 19 (diecinueve) |
| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |
| **TEACHER LED INSTRUCTION**<br>*How are students processing the content and engaging in the description of the model?* | Pacing | 5 minutes |
| | Description of Model & Key Points<br><br>*Framing: The skill students will see and how students should engage.*<br><br>*Show-n-Tell: Self-talk/narration of the thinking process for the skill with visuals.*<br><br>*Debrief: CFU/Discussion and stamping of key points for thinking process (what & why). Launch into group or IP.* | Explain roles, how to record video.<br><br>Give students an example of me splitting the text, reading it aloud, and reading numbers aloud. |
| | Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |

Brianna Stephens
12:57 PM Feb 14
Also add any CFUs you want to ask while they're watching the example or/and probing comments/questions

4/10/2021



**Jared Hester <jhester@paulcharter.org>**

---

## Lesson Plan and Grade Extensions
1 message

---

**Jared Hester** <jhester@paulcharter.org>                                                    Wed, Feb 17, 2021 at 3:12 PM
To: Pamela Merkerson <pmerkerson@paulcharter.org>, Tomiko Graves <tgraves@paulcharter.org>
Bcc: jaredhester1@gmail.com

Hello Ms. Merkerson and Ms. Graves,

This week I am experiencing some recurrent health issues and so I may need an extension on my lesson plans. I am thinking that one day would be enough, but I also do not yet know if I will be needing the extension or not. I am just making sure I inform you in time.

Thanks,
Jared

 Gmail                                    **Jared Hester <jaredhester1@gmail.com>**

---

## Lesson Plans
3 messages

---

**Jared Hester** <jhester@paulcharter.org>                        Thu, Feb 25, 2021 at 1:11 PM
To: Tomiko Graves <tgraves@paulcharter.org>
Bcc: jaredhester1@gmail.com

Good Afternoon,

I am writing to give you an update on my lesson plans for next week, 3-1 through 3-4.

I have completed Spanish II lesson plans for 3-1 through 3-4 and 3-8 through 3-11.
I am still working on Spanish II for Native Speakers and Spanish III lesson plans.

I don't believe I will have the second set of lesson plans done by the deadline of 3pm today. I am therefore asking for an extension to 7pm tonight.

Respectfully,
Mr. Hester

---

**Tomiko Graves** <tgraves@paulcharter.org>                        Thu, Feb 25, 2021 at 5:28 PM
To: Jared Hester <jhester@paulcharter.org>

Hi Mr. Hester,

That's fine.  Thanks for reaching out.
[Quoted text hidden]
--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**

 

---

**Jared Hester** <jhester@paulcharter.org>                        Thu, Feb 25, 2021 at 5:31 PM
To: Tomiko Graves <tgraves@paulcharter.org>

Bcc: jaredhester1@gmail.com

Those lesson plans are done.

[Quoted text hidden]

 Gmail

**Jared Hester <jaredhester1@gmail.com>**

---

## Formal Notice of Concern
5 messages

---

**Avise Hayes** <ahayes@paulcharter.org>
To: Jared Hester <jhester@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>

Wed, Feb 17, 2021 at 8:00 AM



### Notice of Concern

TO:     Jared Hester

Date:     February 17, 2021

FROM: Avise Hayes, Assistant Director of Academics

CC:      Pamela Merkerson, *HR Director;* Charlotte Spann *Executive Director of Schools*

SUBJECT:    Formal Notice of Concern

This email serves as a formal notice of concern regarding your failure to meet professional duties.

At Paul, we value all of our staff members and strive for professional growth that will facilitate success in all of our students. In order for all students to be able to be successful, we must ensure that we are upholding all of our professional tasks. Therefore, outlined below are the following professional duties that you have not met:

- Lesson Plans for the week of February 15, 2021 were submitted incomplete as of the established deadline of Thursday evenings at 3pm

Effective immediately, ensure that you adhere to the duties, responsibilities and expectations regarding lesson plan submission. Failure to meet these expectations will result in further administrative action, up to and including suspension.

--
Assistant Director of Academics | Paul PCS
**e:** ahayes@paulcharter.org
**a:** 5800 Eighth Street NW, Washington DC 20011

Gmail - Formal Notice of Concern

**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>
To: jaredhester1@gmail.com

Wed, Feb 17, 2021 at 8:55 AM

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Wed, Feb 17, 2021 at 8:55 AM
Subject: Re: Formal Notice of Concern
To: Avise Hayes <ahayes@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>

Hi All,

This is cause for great concern. Can someone on this list please explain to me why I am being written up formally, instead of being given a simple reminder by email? I am very shocked to see that this is your response to a single missing lesson plan, which included a note to Ms. Graves about why I had not completed it yet.

I would appreciate your response or responses.

Thanks,
Mr. Hester
[Quoted text hidden]

---

**Jared Hester** <jhester@paulcharter.org>
To: jaredhester1@gmail.com

Wed, Feb 17, 2021 at 9:29 AM

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Wed, Feb 17, 2021 at 9:29 AM
Subject: Re: Formal Notice of Concern
To: Avise Hayes <ahayes@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>

Just to provide some greater insight to everyone, here are screenshots of the lesson. As you will see, the format was blank, Ms. Graves asked what the objective was, and I told her I was waiting to see my students' progress on work they had done before writing it.

On Wed, Feb 17, 2021 at 8:55 AM Jared Hester <jhester@paulcharter.org> wrote:
> Hi All,
>
> This is cause for great concern. Can someone on this list please explain to me why I am being written up formally, instead of being given a simple reminder by email? I am very shocked to see that this is your response to a single missing lesson plan, which included a note to Ms. Graves about why I had not completed it yet.
>
> I would appreciate your response or responses.
>
> Thanks,
> Mr. Hester
>
> On Wed, Feb 17, 2021 at 8:01 AM Avise Hayes <ahayes@paulcharter.org> wrote:
> [Quoted text hidden]

---

**3 attachments**


Screenshot 2021-02-17 at 9.25.46 AM.png
21K


Screenshot 2021-02-17 at 9.25.30 AM.png
40K


Screenshot 2021-02-17 at 9.24.58 AM.png
149K

---

**Avise Hayes** <ahayes@paulcharter.org>                                    Wed, Feb 17, 2021 at 9:53 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>, Tomiko Graves <tgraves@paulcharter.org>

Good morning, Mr. Hester,
The Formal Notice of Concern is a standard part of our Progressive Discipline Process for all staff members.  For teachers who have received email reminders in Advisory 1 and/or Advisory 2, the next step starting in Advisory 3 is the

Formal Notice of Concern.  Our records show that you have received several email reminders for missing and/or incomplete lesson plans.  Here are the dates for which you have received email reminders for your lesson plans:

- November 16, 2020
- November 29, 2020
- December 4, 2020
- December 17, 2020
- January 6, 2021
- February 1, 2021

Given that you have received these email reminders prior to this past week's lesson plan submission being incomplete, the next step in our process is a Formal Notice of Concern.

If you have further questions regarding this process or your previous communications about this matter, Ms. Graves and our HR team would be able to address your questions.

Thank you,
Avise

On Wed, Feb 17, 2021 at 9:29 AM Jared Hester <jhester@paulcharter.org> wrote:
> Just to provide some greater insight to everyone, here are screenshots of the lesson. As you will see, the format was blank, Ms. Graves asked what the objective was, and I told her I was waiting to see my students' progress on work they had done before writing it.
>
> On Wed, Feb 17, 2021 at 8:55 AM Jared Hester <jhester@paulcharter.org> wrote:
>> Hi All,
>>
>> This is cause for great concern. Can someone on this list please explain to me why I am being written up formally, instead of being given a simple reminder by email? I am very shocked to see that this is your response to a single missing lesson plan, which included a note to Ms. Graves about why I had not completed it yet.
>>
>> I would appreciate your response or responses.
>>
>> Thanks,
>> Mr. Hester
>>
>> On Wed, Feb 17, 2021 at 8:01 AM Avise Hayes <ahayes@paulcharter.org> wrote:
>> [Quoted text hidden]
> [Quoted text hidden]

---

**Jared Hester** <jhester@paulcharter.org>
To: jaredhester1@gmail.com

Wed, Feb 17, 2021 at 10:41 AM

# Forwarded Conversation
### Subject: Formal Notice of Concern
------------------------

From: **Avise Hayes** <ahayes@paulcharter.org>
Date: Wed, Feb 17, 2021 at 8:01 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>

Subject: Re: Formal Notice of Concern
To: Avise Hayes <ahayes@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>

----------
From: **Avise Hayes** <ahayes@paulcharter.org>
Date: Wed, Feb 17, 2021 at 9:53 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>, Tomiko Graves <tgraves@paulcharter.org>

Good morning, Mr. Hester,
The Formal Notice of Concern is a standard part of our Progressive Discipline Process for all staff members.  For teachers who have received email reminders in Advisory 1 and/or Advisory 2, the next step starting in Advisory 3 is the Formal Notice of Concern.  Our records show that you have received several email reminders for missing and/or incomplete lesson plans.  Here are the dates for which you have received email reminders for your lesson plans:

- November 16, 2020
- November 29, 2020
- December 4, 2020
- December 17, 2020
- January 6, 2021
- February 1, 2021

Given that you have received these email reminders prior to this past week's lesson plan submission being incomplete, the next step in our process is a Formal Notice of Concern.

If you have further questions regarding this process or your previous communications about this matter, Ms. Graves and our HR team would be able to address your questions.

Thank you,
Avise

----------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Wed, Feb 17, 2021 at 10:40 AM
To: Avise Hayes <ahayes@paulcharter.org>
Cc: Charlotte Spann <cspann@paulcharter.org>, Pamela Merkerson <pmerkerson@paulcharter.org>, Human Resource <HR@paulcharter.org>, Tomiko Graves <tgraves@paulcharter.org>

Hi, Ms. Hayes,

I have not taken a thorough look through my own records, but I recall telling Ms. Graves on some of those accounts that the plans were in fact in. I know on one date, to give an example, the document simply was not in the right folder. I think in these instances clemency should be given since it was a simple technical issue. However, I understand that I should reach out to Ms. Graves and to Ms. Tran about this. Thanks for letting me know.

Jared Hester

_____

**3 attachments**

Screenshot 2021-02-17 at 9.25.46 AM.png

21K





**Screenshot 2021-02-17 at 9.25.30 AM.png**
40K



**Screenshot 2021-02-17 at 9.24.58 AM.png**
149K

 Gmail

**Jared Hester <jrdhester@gmail.com>**

---

## Fwd: 3d Feedback
1 message

---

**Jared Hester** <jhester@paulcharter.org>                                        Fri, Feb 5, 2021 at 9:31 AM
To: Jared Hester <jrdhester@gmail.com>

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Fri, Feb 5, 2021 at 9:30 AM
Subject: 3d Feedback
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>


Good Morning Ms. Graves,

I am writing with some information for my evaluation of 3d in Teachboost. It reads:

"While checkpoints were planned, only four out of 11 students shared their progress in the chat. This precludes you from being able to gauge where all students are. Additionally, live worksheet does not allow you to monitor real-time so you are unable to monitor student understanding."

Students typically post their check-ins to me privately so in the future I will email them to you. They also work on Google Docs, taking material from Live Worksheets, so I monitor them as they work and provide feedback in the comments on their documents. I can send you that info now if you remind me what class you were in on. I save some chats after classes, so I may have the check-in info too.

Will there be any way this evaluation can reflect these?

Thanks,
Mr. Hester

 **Gmail**

Jared Hester <jrdhester@gmail.com>

---

## Fwd: Formal Obs Notes
1 message

---

**Jared Hester** <jhester@paulcharter.org>                    Fri, Jan 22, 2021 at 12:22 PM
To: Jared Hester <jrdhester@gmail.com>

---

           ---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Thu, Jan 21, 2021 at 12:06 PM
Subject: Formal Obs Notes
To: Jared Hester <jhester@paulcharter.org>

1a Grows:

     1. Limited pedagogical approach (make considerations on the higher level knowledge stuff).
     2. Misalignment of objective and task (
     3. What instructional moves have to happen for students to be able to master objective and do tasks algin to that?

1e Grows:

     1. Did not have differentiation for challenge (native speakers).
     2. Students who needed support may not have got it (missing nouns in sentence).
     3. Speak Spanish more with students (say in both).

2b Grows (Effective):

     1. Post the expectations on the slides so that it's visual.

2c (Effective, no grows!!!)

3a Grows:

     1. Add the rows into the document beforehand.
     2. Building fluency by speaking in Spanish.

3b Grows:

     1. Ask questions to promote student-to-student communication (one way is to say "X put blank, Y put blank, who's correct, come off of mute and tell me how you know, okay, now let me hear from another student - pushing the kids to respond to other students).

3c Grows:

     1. Students need to hear Spanish spoken to give immersive experience.
     2. Add slides to support learning needs.
     3. Create instructional groups to support varying levels in class.

3d Grows:

     1. Pull students into rooms who need help based on data (chat responses, monitoring work).



**Jared Hester** <jhester@paulcharter.org>

---

## PAST DUE - Gradebook Update Week of 12.7.20
5 messages

---

**Tomiko Graves** <tgraves@paulcharter.org>                    Wed, Dec 16, 2020 at 9:22 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Good morning Mr. Hester,

As of 12.16.20, your grades have not updated in PowerSchool for the week of December 7, 2020.  You only have grades for your Spanish III class.

Given MAP testing, we decreased the number of assignments required, to **one** classwork for that week.

Please update your gradebook by COB today.

--
**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Wed, Dec 16, 2020 at 9:29 AM
To: Tomiko Graves <tgraves@paulcharter.org>

Thank you. I will update them.

[Quoted text hidden]

---

**Jared Hester** <jhester@paulcharter.org>                    Wed, Dec 16, 2020 at 10:22 AM
To: Jared Hester <jhester@paulcharter.org>

NS was also up to date at the time I received this email.

[Quoted text hidden]

---

Case 1:21-cv-03166-JEB Document 23 Filed 12/03/22 Page 31 of 86

**Jared Hester** <jhester@paulcharter.org>          Wed, Dec 16, 2020 at 11:40 AM
To: Jared Hester <jhester@paulcharter.org>

B7 was also up to date at the time I received this email.

[Quoted text hidden]

---

**Jared Hester** <jhester@paulcharter.org>          Wed, Dec 16, 2020 at 12:06 PM
To: Tomiko Graves <tgraves@paulcharter.org>

Good Afternoon,

B4 and 5 are now up to date. B1, 2, and 7 were already up to date for the week of 12.7.

Thanks,
Mr. Hester

On Wed, Dec 16, 2020 at 9:22 AM Tomiko Graves <tgraves@paulcharter.org> wrote:
[Quoted text hidden]

# Paul Public Charter School Lesson Plan

| TEACHER NAME: Hester | COURSE: Spanish II | DATE: 1/14 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| **STANDARD(S):**<br><br>Interpretive communication.<br>Interpersonal communication. | **LEARNING OBJECTIVE(S):**<br><br>1) Students will communicate with each other using present tense conjugated verbs to describe the actions depicted in a story called Pobre Ana. | **ESSENTIAL QUESTION(S):**<br><br>1) What do we do when the pronoun is not explicit? |
| **RUBRIC/CRITERIA FOR SUCCESS:**<br>*What evidence will students show to demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product & performance?* | **ASSESSMENT OF STUDENT MASTERY**<br>**(Possibly an Exit Ticket but not required):**<br>*What will you use to measure whether or not students mastered the objective?* | |
| Students must communicate 3 instances of events in the | Short formative assessment: Say 3 that the text describes. | |

**Comment panel (right side):**

Tomiko Graves — 1:05 PM Nov 1

SELECTED TEXT:

*Questions to students.*

@jhester@paulcharter.org I'm unclear on what the expectations are for the day? The objective states that students will take a pre-test but I thought the pre-test was already given to students.

*Assigned to you*

Reply · Mark as done

Jared Hester
Yes. This was the lesson plan for the past week (just to make sure one was in there). They have now mostly finished that. We will just be finishing one of the pieces this

# Paul Public Charter School Lesson Plan

| TEACHER NAME: Hester | COURSE: Spanish II | DATE: 1/14 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| **STANDARD(S):**<br><br>Interpretive communication.<br>Interpersonal communication. | **LEARNING OBJECTIVE(S):**<br><br>1) Students will communicate with each other using present tense conjugated verbs to describe the actions depicted in a story called Pobre Ana. | **ESSENTIAL QUESTION(S):**<br><br>1) What do we do when the pronoun is not explicit? |
| **RUBRIC/CRITERIA FOR SUCCESS:**<br>*What evidence will students show to demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product & performance?* | **ASSESSMENT OF STUDENT MASTERY**<br>**(Possibly an Exit Ticket but not required):**<br>*What will you use to measure whether or not students mastered the objective?* | |
| Students must communicate 3 instances of events in the | Short formative assessment: Say 3 that the text describes. | |

**Comments sidebar:**

Jared Hester
Yes. This was the lesson plan for the past week (just to make sure one was in there). They have now mostly finished that. We will just be finishing one of the pieces this week.
8:12 AM Nov 2 · Edit · Delete

Tomiko Graves
Lesson plans are due on Thursdays by 3pm. It should reflect the upcoming week.
11:01 AM Nov 2

Jared Hester

# Paul Public Charter School Lesson Plan

| TEACHER NAME: Hester | COURSE: Spanish II | DATE: 1/14 |
|---|---|---|
| **GOALS FOR LEARNING** | | |
| **STANDARD(S):**<br><br>Interpretive communication.<br>Interpersonal communication. | **LEARNING OBJECTIVE(S):**<br><br>1) Students will communicate with each other using present tense conjugated verbs to describe the actions depicted in a story called Pobre Ana. | **ESSENTIAL QUESTION(S):**<br><br>1) What do we do when the pronoun is not explicit? |
| **RUBRIC/CRITERIA FOR SUCCESS:**<br>*What evidence will students show to demonstrate progression towards mastery of the learning objective? What attributes should we use to judge the effectiveness of the student product & performance?* | **ASSESSMENT OF STUDENT MASTERY**<br>**(Possibly an Exit Ticket but not required):**<br>*What will you use to measure whether or not students mastered the objective?* | |
| Students must communicate 3 instances of events in the | Short formative assessment: Say 3 that the text describes. | |

 **Gmail**

Jared Hester <jrdhester@gmail.com>

---

# Graves Notes
2 messages

---

**Jared Hester** <jhester@paulcharter.org>                                    Thu, Feb 4, 2021 at 11:57 AM
To: Jared Hester <jrdhester@gmail.com>

<u>Next Steps</u>:

- Script the "we do" portion.
- Create slides for every class.
- Create instructional groupings.

------------

- Meeting the deadlines and requirements of the PIP.

------------

1e - Align tasks and assessments to an objective.
3c - Make slides.
3c - Ask Stephens about Avancemos.
3e - Timely due date of expected materials.

Model for students.
Slide norms: Use all information from template. Expectations, Objective, Do Now, Teacher-Led Portion (I do, we do),
Student Work Portion (we do, you do), Exit Ticket, Reminders.

**Teacher Preference on what goes on the slide (can write "I do:" and "we do:" or not).**

**Even in a review lesson, script questions and do a we do.**

---

**Jared Hester** <jrdhester@gmail.com>                                    Thu, Feb 4, 2021 at 5:49 PM
To: jhester@paulcharter.org

[Quoted text hidden]

---

 **Gmail**

**Jared Hester <jrdhester@gmail.com>**

---

## Fwd: PAST DUE - A3 Project Planning Template
3 messages

---

**Jared Hester** <jhester@paulcharter.org>           Tue, Feb 2, 2021 at 4:23 PM
To: Jared Hester <jrdhester@gmail.com>

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Tue, Feb 2, 2021 at 4:22 PM
Subject: Re: PAST DUE - A3 Project Planning Template
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Hello All,

Was completed yesterday with Biaou and Stephens in collab meeting. Is now dropped into folder with other projects. Sorry about that!

Take care,
Jared

On Tue, Feb 2, 2021 at 4:04 PM Tomiko Graves <tgraves@paulcharter.org> wrote:
> Good afternoon Mr. Hester,
>
> The first phase of the A3 project planning template was due yesterday at 4pm. As of Tuesday, 4:03pm, it is not completed in your lesson plan folder.
>
> Please complete no later than tomorrow, Wednesday, by 3pm.
>
> --
> **T Graves**
> HS Assistant Principal **|** Paul PCS
> **e:** tgraves@paulcharter.org   **p:** (202) 291 7499
> **a:** 5800 Eighth Street NW, Washington DC 20011
> **w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**

 

**Jared Hester** <jhester@paulcharter.org>            Thu, Feb 4, 2021 at 8:00 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>
Bcc: jrdhester@gmail.com

Good morning,

Those plans should now be accessible, sorry.
The template is currently in the A3 Project Launch Folder with the title "Hester - Project Planning Process TEMPLATE",
last modified February 2nd.



On Wed, Feb 3, 2021 at 6:49 PM Tomiko Graves <tgraves@paulcharter.org> wrote:
> This was in my draft still!!
>
> Good morning,
>
> The project template is still not in the folder.
>
> Additionally, the Native II plans are locked. I am unable to access them.
>
> [Quoted text hidden]

**Jared Hester** <jhester@paulcharter.org>            Thu, Feb 4, 2021 at 8:50 AM
To: Jared Hester <jrdhester@gmail.com>

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Thu, Feb 4, 2021 at 8:48 AM
Subject: Re: PAST DUE - A3 Project Planning Template
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Great, it is now there.

On Thu, Feb 4, 2021 at 8:16 AM Tomiko Graves <tgraves@paulcharter.org> wrote:
> Good morning,
>
> The template is supposed to be in your lesson plan folder.
> [Quoted text hidden]

 **PAUL** PUBLIC CHARTER SCHOOL

**Jared Hester <jhester@paulcharter.org>**

---

# Plans
5 messages

---

**Jared Hester** <jhester@paulcharter.org>                                   Mon, Dec 14, 2020 at 2:20 PM
To: Tomiko Graves <tgraves@paulcharter.org>, Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran
<ttran@paulcharter.org>

Hello All,

I know on Friday you all set the expectation of my lesson plans being due tomorrow by 9. I am still looking for the
material that would best suit the Spanish II class and having a hard time finding what would be good. I would like to ask
for an extension on the Spanish II lesson plans, perhaps until Thursday morning.

Sincerely,
Mr. Hester

---

**Shalima Olorunoje** <solorunoje@paulcharter.org>                           Mon, Dec 14, 2020 at 7:02 PM
To: Jared Hester <jhester@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Greetings,
Thank you for your email and for following the set norms that we established in our meeting last week. I won't be able to
grant an extension to Thursday. Please have the plans complete by 8 am Wednesday, Dec. 16th

Thank you in advance.
[Quoted text hidden]
--
**Shalima Olorunoje**
HS Principal **|** Paul PCS
**e:** solorunoje@paulcharter.org  **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                                   Tue, Dec 15, 2020 at 8:44 AM
To: Shalima Olorunoje <solorunoje@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Okay. Received. Thank you.

[Quoted text hidden]

---

**Tomiko Graves** <tgraves@paulcharter.org>                              Thu, Dec 17, 2020 at 9:29 AM
To: Shalima Olorunoje <solorunoje@paulcharter.org>
Cc: Jared Hester <jhester@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Good morning Mr. Hester,

I'm reaching out because there aren't any lesson plans for Spanish II or Spanish III in the folder as of 9:28 this morning.

Please share your plans as soon as possible.

On Mon, Dec 14, 2020 at 7:02 PM Shalima Olorunoje <solorunoje@paulcharter.org> wrote:
[Quoted text hidden]

--

**T Graves**

HS Assistant Principal | Paul PCS

**e:** tgraves@paulcharter.org  **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                              Thu, Dec 17, 2020 at 10:20 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Hello,

I am still in the midst of those.

Thank you,
Mr. Hester

[Quoted text hidden]

                               **Jared Hester <jrdhester@gmail.com>**

---

## Fwd: Spanish II Lesson Plan Extension
1 message

---

Jared Hester <jhester@paulcharter.org>                         Fri, Jan 22, 2021 at 8:29 AM
To: Jared Hester <jrdhester@gmail.com>

---

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Fri, Jan 22, 2021 at 8:12 AM
Subject: Re: Spanish II Lesson Plan Extension
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>


Thank you.

On Thu, Jan 21, 2021 at 6:06 PM Tomiko Graves <tgraves@paulcharter.org> wrote:
> You can have until tomorrow.  Shoot for 12:30pm because we have a PD tomorrow all afternoon so there won't be time
> to do plans after 12:30pm.
>
> On Thu, Jan 21, 2021 at 4:42 PM Jared Hester <jhester@paulcharter.org> wrote:
>> I am wondering if I can have until tomorrow to do them, especially with the Inauguration taking up my planning
>> session with Stephens and today's coaching being about my evaluation. I could probably give a less detailed
>> version by 10pm.


--
**T Graves**

HS Assistant Principal **|** Paul PCS
**e:** tgraves@paulcharter.org   **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

   


*Opening the door to unlimited potential.* **DONATE TODAY**


 



**Jared Hester <jhester@paulcharter.org>**

---

## Lesson Plan Submission - 11.29.20
2 messages

---

**Tomiko Graves** <tgraves@paulcharter.org>                          Sun, Nov 29, 2020 at 10:32 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Good morning Mr. Hester,

I hope you enjoyed your break.

As of 10:29am on Sunday, Nov. 30, no lesson plans have been submitted for either class.  Please submit plans for both classes by 8am tomorrow, Monday, morning.  You have completed lesson plans on time only one week out of five.

This is a reminder that your Spanish II lessons are due **Thursdays by 3pm** and your Spanish III lessons are due **Sundays by noon**.  The Spanish III lesson deadline was moved up because feedback is needed on all lesson plans prior to implementation.

If you have any questions or concerns, please reach out to me.


--
**T Graves**
HS Assistant Principal **|** Paul PCS
**e:** tgraves@paulcharter.org   **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

   


*Opening the door to unlimited potential.* **DONATE TODAY**




---

**Jared Hester <jhester@paulcharter.org>**                          Mon, Nov 30, 2020 at 7:29 AM
To: Tomiko Graves <tgraves@paulcharter.org>

Good Morning!

I submitted the Spanish II lesson plans before the break. The Spanish III lesson plans are also done.

Thanks!
Mr. Hester

[Quoted text hidden]



**Jared Hester <jhester@paulcharter.org>**

___

## Project Plan and Other Lesson Planning Topics
3 messages

___

**Jared Hester** <jhester@paulcharter.org>                                   Thu, Dec 17, 2020 at 3:34 PM
To: Tomiko Graves <tgraves@paulcharter.org>

Hi, Ms. Graves,

I wanted to send you screenshots of some project plans I made just so you can see that I have been working on lessons. In addition to that, I want to add weekly grammar lessons with matching homework and an assessment that will support them on this acquisition-based project.

I wanted to say about that, I have studied Russian, German, Spanish, French, Arabic, and Hebrew abroad and in the US, and at many famous institutes like the National Autonomous University of Mexico and Middlebury College. All in all, the language learning experts agree that acquisition-based learning is the way to becoming proficient in a particular language. This is the method that the State Department uses for example.

As for the textbook, I have been working on reading it since Sunday. The materials look really good and there are a lot of great acquisition-based materials. I am just generally unfamiliar with these materials so it will take me some time to figure out how to implement them. I am more familiar with the materials I am using in my projects which is why I am using them (I can come up with lessons faster). All in all, I am doing my best at the moment, also considering I am a little bit limited in some ways.

I wanted to share the introduction from the book with you, and Ms. Olorunoje and Ms. Tran if they want to: https://players.brightcove.net/906043067001/H1MR0nxf_default/index.html?videoId=ref:Avancemos_Final_market. "We don't learn language, we acquire language" is really a foundational statement from the video.

I know you have concerns about students accessing learning material that is in Spanish (although experts agree that this is the best way to familiarize learners of all levels) and that this could tie into student success in terms of their grades, but I wanted to provide some data from my gradebook that might dispel your concerns. (This data does not contain the two most recent assignments from this week.) I have 68 students total, 25 are passing with at least a C, 23 are failing due to absence, and the remaining 20 are failing due to missing work (but not improficient work - most of their work is spot on when turned in). I think the two biggest data points that may be making it look like the use of authentic material may be causing them to fail are the 23 chronically absent students and the 20 students who are missing assignments.

I would love to receive your feedback. (I know it is break, so please don't let me pull you away from free time but I also know that this is important.)

Sincerely,
Jared

___

**4 attachments**



**Screenshot 2020-12-17 at 2.33.54 PM.png**
132K

**Screenshot 2020-12-17 at 2.34.09 PM.png**
95K





**Screenshot 2020-12-17 at 2.33.44 PM.png**
116K



**Screenshot 2020-12-17 at 2.34.20 PM.png**
117K

---

**Tomiko Graves** <tgraves@paulcharter.org>          Thu, Dec 17, 2020 at 4:44 PM
To: Jared Hester <jhester@paulcharter.org>

Good afternoon Mr. Hester,

Thanks for sharing your thoughts.

I am a little familiar with the theory of acquisition learning.  My children have been fortunate to attend Spanish immersion schools since Kindergarten, where the language acquisition included a learning of the culture through the perspectives of the teacher experiences as they came from a number of different Spanish-speaking countries. Additionally, naturally, the earlier you learn a language, in a non-formal way, can provide a deeper experience with language learning and proficiency.  They have also been afforded the opportunity to be in immersive environments in Panama.

I'm glad that you recognize that the Avancemos curriculum focuses on students "acquiring" the language and not just "learning" it.  Although, there's a space for both.

After considering the shifts you will be making with students as it relates to working primarily from Avancemos, I was going to discuss with you today about administering a pre-assessment with them on Tuesday and Wednesday, January 4 & 5.

<u>I feel this will be helpful for a number of reasons:</u>
1) The diagnostic you gave at the beginning of the year included students completing it together in class, which negates their scores and limits your ability to use it. (We discussed this already).
2) Since students have already begun some Spanish instruction and are coming with a wide range of language-speaking, it would be difficult to determine where to begin in the Avancemos curriculum; a concern you shared.
3) The assessment would come from Avancemos, which means that, depending on the sections of the assessment used within Avancemos, it provides you the corresponding unit aligned with that section of the assessment.  This would be extremely helpful, if, for example you noticed 75% of students did not do well on section 2.  Well, section 2 is aligned to chapter __.  That allows you to go into that section and think about creating a lesson from there.

The assessments are located on the "Teacher resources" tab, under "Differentiated Assessments."

<u>The assessment is written as a pdf so here are some challenges (and some potential action steps) with the assessment:</u>

1) Students have access to the digital textbook, but if they haven't used it, you would have to take time to give them logins and show them how to access it. *This is definitely something I'm sure you would want to do anyway, as that is how they can have the whole experience in acquiring the language.*
OR
2) You could recreate/rewrite the assessment (or portions of it) into a Google Form.  The advantages of this would be that you get all data instantly, already aggregated for you and you can easily see trends.  Another advantage is that you could potentially add additional options to student choices to reflect other realistic choices.

I would like to schedule a time for us to meet tomorrow to come up with some concrete plans prior to break.

The only preparation needed is for you to have access to Avancemos, which you already do.

Let me know!
[Quoted text hidden]
--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Fri, Dec 18, 2020 at 10:37 AM
To: Tomiko Graves <tgraves@paulcharter.org>

Good Morning!

Sorry I did not respond earlier. I am a little unwell today and will read it in full soon.

Thanks,
Jared
[Quoted text hidden]

Case 1:21-cv-03166-JEB Document 28 Filed 12/02/22 Page 46 of 86



Jared Hester <jhester@paulcharter.org>

# Re: Lesson Plans - Week of 1/6
4 messages

**Tomiko Graves** <tgraves@paulcharter.org>                              Wed, Jan 6, 2021 at 4:55 PM
To: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>, Jared Hester
<jhester@paulcharter.org>

Good morning Mr. Hester,

I read your email with your plan for students.  However, I still don't see any lesson plans in the folder for Spanish 2 or
Spanish 3.

Please advise.

--
**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**

 

--
**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>           Thu, Jan 7, 2021 at 8:10 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Sure! The Level 2 was done yesterday at 12:30. The Level 3 is not done but it is due on Sunday. The screenshot here shows last edits at 2:40 pm yesterday when I went back in to add a couple of more questions.
[Quoted text hidden]



**Screenshot 2021-01-07 at 8.08.47 AM.png**
145K

---

**Tomiko Graves** <tgraves@paulcharter.org>           Thu, Jan 7, 2021 at 8:44 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Good morning,

I was referring to *this* week's lessons.  Those are not in the folder.  We'll discuss further during our coaching meeting today as well as next week's plans.
[Quoted text hidden]

---

**Jared Hester** <jhester@paulcharter.org>           Thu, Jan 7, 2021 at 8:49 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

I see. I decided to give students this week to finish up their projects and complete missing work. One third of my students were failing due to missing assignments but were consistently participating in class. I figured they needed a little extra time and opportunity to catch up, especially with the change in teacher. Next week I will be giving them new materials, including materials from the Avancemos textbook.
[Quoted text hidden]



**Jared Hester <jhester@paulcharter.org>**

---

# Re: Lesson Plans - Week of 1/6
4 messages

---

**Tomiko Graves** <tgraves@paulcharter.org>                                    Wed, Jan 6, 2021 at 4:55 PM
To: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>, Jared Hester
<jhester@paulcharter.org>

Good morning Mr. Hester,

I read your email with your plan for students.  However, I still don't see any lesson plans in the folder for Spanish 2 or
Spanish 3.

Please advise.

--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**

 

--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                                    Thu, Jan 7, 2021 at 8:10 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Sure! The Level 2 was done yesterday at 12:30. The Level 3 is not done but it is due on Sunday. The screenshot here shows last edits at 2:40 pm yesterday when I went back in to add a couple of more questions.
[Quoted text hidden]



**Screenshot 2021-01-07 at 8.08.47 AM.png**
145K

---

**Tomiko Graves** <tgraves@paulcharter.org>                                    Thu, Jan 7, 2021 at 8:44 AM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Good morning,

I was referring to *this* week's lessons.  Those are not in the folder.  We'll discuss further during our coaching meeting today as well as next week's plans.
[Quoted text hidden]

**Jared Hester** <jhester@paulcharter.org>                                    Thu, Jan 7, 2021 at 8:49 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

I see. I decided to give students this week to finish up their projects and complete missing work. One third of my students were failing due to missing assignments but were consistently participating in class. I figured they needed a little extra time and opportunity to catch up, especially with the change in teacher. Next week I will be giving them new materials, including materials from the Avancemos textbook.
[Quoted text hidden]

Paul Public Charter School Mail - Avancemos Curriculum and Lesson Planning



**Jared Hester <jhester@paulcharter.org>**

---

## Avancemos Curriculum and Lesson Planning
4 messages

---

**Tomiko Graves** <tgraves@paulcharter.org>                    Wed, Dec 9, 2020 at 12:16 PM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Good morning Mr. Hester,

I wanted to reach out to restate what we discussed during our coaching meeting three weeks ago as it related to the Avancemos digital curriculum.

While we appreciate your desire to create lessons from a variety of sources, our Spanish program is required to use the Avancemos curriculum as the foundation for lesson plans. Avancemos helps with having a clear path and sequencing of lessons. You may pull from various resources in an effort to provide differentiation for students; however, the core of the lesson has to come from Avancemos.

For example, during the independent practice time provided in the Avancemos digital textbook, you may feel (based on data) that some students can handle less or more than what is being requested. In that case, you can use your expertise to offer an alternative/differentiated activity to either further support or challenge a specific group(s) in your class, for that specific portion of the lesson.

I hope this solidifies our conversation and provides a more clear guidance on lesson planning moving forward.

Please come prepared to tomorrow's coaching session with your lesson ideas for next week from Avancemos for both your Spanish II and Spanish III classes.

  *I'm looping in Ms. Tran as I know she also supports you in various areas including lesson planning.
--
**T Graves**
HS Assistant Principal **|** Paul PCS
**e:** tgraves@paulcharter.org  **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Wed, Dec 9, 2020 at 2:44 PM

To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Hi, Ms. Graves and All,

This email was a little shocking. I just want to clarify that Ms. Graves <u>never</u> told me that Avancemos is a requirement. Could we talk as a four about what is going on because I feel really bullied and I feel like a lot is happening about me behind my back. I would like to be able to have transparency with my superiors.

As for tomorrow's meeting plan, my students are in the middle of a project and they are doing a very successful job on it. I would not want to interrupt them now. Lesson planning also takes time and forethought. I would not be able to have two lessons ready on a brand new subject from an unfamiliar text by tomorrow. I feel like this is a purposeful set up for disaster. Is there something going on?

Ms. Graves has been silent as well on the Native Speakers II class. I haven't gotten any feedback or observations on it.

Thank you,
Mr. Hester

---

**Shalima Olorunoje** <solorunoje@paulcharter.org>                    Wed, Dec 9, 2020 at 7:41 PM
To: Jared Hester <jhester@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Greetings,
Thank you for your email Mr. Hester and for expressing your concerns. I have sent an invite to all parties for this Friday to further discuss your concerns, Mrs. Graves continued support, and review Paul's curriculum expectations.

To that end, since the meeting will take place on Friday, will we give you an extension for your lesson plan submission. Mrs. Graves and I will further review the details during our meeting this Friday.

Best,
Mrs. Olorunoje
[Quoted text hidden]
--

**Shalima Olorunoje**

HS Principal **|** Paul PCS

**e:** solorunoje@paulcharter.org  **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Thu, Dec 10, 2020 at 11:59 AM

To: Shalima Olorunoje <solorunoje@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Thank you. I have accepted the meeting.
[Quoted text hidden]



Jared Hester <jrdhester@gmail.com>

---

## Fwd: Notes with Trina
1 message

**Jared Hester** <jhester@paulcharter.org>                                         Fri, Jan 22, 2021 at 11:41 AM
To: Jared Hester <jrdhester@gmail.com>

---------- Forwarded message ---------
From: **Jared Hester** <jhester@paulcharter.org>
Date: Fri, Nov 13, 2020 at 8:04 AM
Subject: Notes with Trina
To: Jared Hester <jhester@paulcharter.org>

- Make habit to think through directions (3-4 sentences can be 10 words). Challenge yourself to pre-plan instructions to make it shorter/ more concise.
- Use list language: first, I need you to do this. Then repeat: tell me what I need you to do first.
- Do a lot of repetitions. (They learn I speak fast but that I will repeat it).
- More likely to pay attention if mix speaking fast and slow (not all fast, not all slow). Say "this is important, let me slow it down for you."

Grow:
- Work on relationship with you and students, you and the class. Without awkward tension and lagging of time. Be more neutral about it. Save that for personal time with me and student. Balance two respon: crowd control (you with the class, everyone is learning, moving together) and the personal relationship/the nurturing side (after class, personal topics). In classroom, spend no more than 30 seconds on those one-person issues. End it by saying, I'm going to talk to you later or meet me in office hours.

What you want more of in your class, give it more time and attention (i.e. positives). Call out the three students who are participating (i.e. "Trina typed the answer, Jared typed it, Shalima typed it). <u>First call out all positives.</u> Count as three reminders. Then say "X" I need you to put your answer in the chat. You are in more control of the vibe of the class. In a "tennis game", I lose my power. They learn more about me than about my subject, so show them what I am about. The less participating class needs A WHOLE LOT more of that.

Set the culture in my class where any student can get called on. Always use equity calls/sticks.

 **Gmail**

**Jared Hester <jrdhester@gmail.com>**

---

## Fwd: New Long Observation - Jared Hester by Tomiko Graves on TeachBoost
1 message

**Jared Hester** <jhester@paulcharter.org>                           Wed, Jan 27, 2021 at 9:35 AM
To: Jared Hester <jrdhester@gmail.com>

---

    ---------- Forwarded message ---------
    From: **TeachBoost** <no-reply@teachboost.com>
    Date: Thu, Jan 21, 2021 at 12:13 PM
    Subject: New Long Observation - Jared Hester by Tomiko Graves on TeachBoost
    To: <jhester@paulcharter.org>
    Cc: <tgraves@paulcharter.org>

| From: | tgraves@paulcharter.org |
|---|---|
| Date: | Thursday, Jan 14th, 2021 |
| Subject: | New Long Observation - Jared Hester by Tomiko Graves on TeachBoost |

Tomiko Graves has just completed a new Long and Short Formal Observation - Sketch on TeachBoost. The form results are listed below, or you can view them on TeachBoost.

### Evidence

| | Rating: | Time: |
|---|---|---|
| T models how to add a row | Developing | |

T: Some ppl are confused about the document...so let me show you...just cuz the box is filled you're not actually done. so it's gonna be quite a few so just hit the tab key on the keyboard...and it opens up a new word for you

T: Good I have 4 already...wonderful...Alright just got 5...6...7 wonderful...

T: Alrighty guys. second check in...go ahead...i do want to remind you that you have to add the columns...so go ahead and pop in your next check in right now

T: Ok so while you're working I'll be watching your google doc

T: The first one will be at 9:00...

T: Ok guys I'm gonna let you go...I'm gonna give you 10 mins and a check in and then another 10 mins and a check in and then we'll do our reflections

Objective: Students will communicate with each other using present tense conjugated verbs to describe the actions depicted in a story called Pobre Ana.

*(Contains attachments, see below)*

Framework:

1e: Designing Coherent Instruction

Feedback:

Mr. Hester designed a lesson for students to identify the subject and verbs in sentences within a larger text. He designed the lesson to model for them, allow them to practice with guidance and then complete the rest independently. There was no differentiation planned for students who were ready for a challenge. There were also no supports put in place for students who need additional help. While a google doc was created to allow for monitoring of student work and for students to record their answers, the table had not been fully completed which caused some challenges for students. The objective of the lesson was not aligned to the activity. Students did not speak with one another and did conjugate verbs.

Mr. Hester is developing in designing coherent instruction.

Next Steps:

Next Steps: 1) Create an objective that includes what students will do, how they will do it and why 2) Choose tasks that align with that objective

---

| | | |
|---|---|---|
| T: So many of you are not writing a reflection. Keep in mind the reflections are for a grade... | Rating: | Time: |
| | Effective | |

T: I'm gonna be checking out your notebooks and giving you permission to go once you have everything written down

T: ...next check in will be at 9:10

T: I want to give a reward to (student names)...You guys can work with your cameras off because you gave me answers earlier...everybody else cameras on.

T: on the count of 3 put your answer in the chat

Alarm goes off

17 students (15 cameras on)

Framework:

2c: Managing Classroom Procedures

Feedback:

Mr. Hester manages classroom procedures well. He reinforces camera expectations with 88% compliance. Mr. Hester transitions to the pdf of the text and google classroom with little loss of instructional time. He reminds students of how

reflections happen in the class and confirms completion of reflections before students are dismissed.

Mr. Hester is effective in managing classroom procedures.

---

Objective: Students will communicate with each other using present tense conjugated verbs to describe the actions depicted in a story called Pobre Ana.

Rating:  Developing

Time:

*(Contains attachments, see below)*

Framework:

1a: Demonstrating Knowledge of Content and Pedagogy

Feedback:

Mr. Hester has a solid understanding of the important concepts for Spanish courses. He understands some awareness of prerequisite learning. Mr. Hester's lesson reflected a limited range of pedagogical approaches to the discipline and understanding of appropriate material for the students. For example, all students were expected to identify subjects and verbs in paragraphs. There were sentences that did not have subjects present and required a higher level of understanding of the language in order to complete. This idea was not anticipated by Mr. Hester and therefore caused a lack of clarity for students. Additionally, there was not an objective that connected with a larger theme or goal; therefore making the purpose of the task unclear.

Mr. Hester is developing in demonstrating knowledge of content and pedagogy.

Next Steps:

Next Steps: Use the Avancemos curriculum to create overall goals for the unit. Create lessons that align to that overall unit goal.

---

T: Alright so I went through and gave you comments on your reflections...that being said...really good work...if you were having some problems, send me an email or write me a chat....

T gives examples of what they can put

T: Ok guys, we're at 9:20...one student did say something that I want to share with the class...don't work on another document and paste it over...so ok in preparation for your reflection. Go into your reflection notebook...note something you did, saw or learned today...

T: alright, last check in will be at 9:20 for reflections.

T models how to add a row

T: Some ppl are confused about the document...so let me show you...just cuz the box is filled you're not actually done. so it's gonna be quite a few so just hit the tab key on the keyboard...and it opens up a new word for you

T: Good I have 4 already...wonderful...Alright just got 5...6...7

Rating:  Developing

Time:

wonderful...

T: Alrighty guys. second check in...go ahead...i do want to remind you that you have to add the columns...so go ahead and pop in your next check in right now

T: ...next check in will be at 9:10

T: Ok so while you're working I'll be watching your google doc

T: The first one will be at 9:00...

T: Ok guys I'm gonna let you go...I'm gonna give you 10 mins and a check in and then another 10 mins and a check in and then we'll do our reflections

T: Hmmm. Maybe I should grade this...Let me pull up my gradebook because the students that did this definitely deserve credit....alright 7 answers...Rama double check your answers. Remember what the sentence is...double check your answer guys. Mekya double check your answer

T types in chat why each is the subject and verb

T: One thing I want to correct. The subject doesn't definitively come before the verb...

M resp

T: Ok, well...Mario why is Patty the subject and why is toma the verb

T: So what I want you guys to do is do one on your own. Let's go down to paragraph 3....in this sentence I'm gonna give you 2 mins which is technically kind of a lot...in the 2 mins that I give you tell me who is the subject and who is the verb in the sentence...don't actually look up the words...after 2 mins I'll ask you guys to waterfall your answers.

T: So here we can see Ana is the subject because...in this case Don is the person..

S: Don [in spanish]

T: Who is helping or who is not helping I should say

T: Who here is initiating the action of helping?

T: It wouldn't be no...remember when you break a sentence down, subject and predicate...whoever initiates the action is the subject

S: no

Wait time

T: This is the verb because it describes the action...so who's the subject here?

S: ayuda

T: and what's the spanish word?

T: Great participation

S: Rama

T: Who was that? Great participation by the way

Framework:

3a: Communicating with Students

Feedback:

Mr. Hester communicates with students clearly and accurately. He pushes for precision in language and understanding and provides clarity for students when needed. He modeled the task for students and showed them where to put their responses on the google doc. During the independent practice, students were confused about how to complete the task because instructions on how to add rows were not given before releasing them to work, as a result there was a loss of work time for students. Additionally, to help build understanding and fluency, communication in Spanish class should be done in both English and Spanish.

Mr. Hester is developing in communicating with students.

Next Steps:

Next Steps: Anticipate what students will need to be successful during independent practice time and be clear about the directions before releasing them to work.

---

T: Yeah. And that's perfect...what made you know?

X resp

T: Don't google it Just look at the word...in fact put your hands up...Xaria which two are the verbs

T: This is a question just for the students who don't speak any spanish. In this sentence 'Busca el libro pero no lo encuentra'...there are two verbs here? What are they?

T: Alright, there's enough understanding for you to do the assignment...so looking back at our assignment...

T: Yeah

Rating:         Time:

Developing

KM resp

T:Ok we are going to move forward...I'm gonna ask Kevin Mendoza...
Why did you pick that answer?...

T: Out of 19 students I should see more than 6 students...what is the
subject and what is the verb? Rama where's your answer...Kevin got
your answer...Mekya where's your answer...

T: Ok and 1,2,3 send your answers...I have 4...I should see more
coming in...5 ok wonderful...and they are correct...6 which is also
correct.

T: So here we can see Ana is the subject because...in this case Don
is the person..

S: Don [in spanish]

T: Who is helping or who is not helping I should say

T: Who here is initiating the action of helping?

T: It wouldn't be no...remember when you break a sentence down,
subject and predicate...whoever initiates the action is the subject

S: no

Wait time

T: This is the verb because it describes the action...so who's the
subject here?

S: ayuda

T: and what's the spanish word?

S: helps

T: We have Don. We have no. We have per. We have helps.

T: Where's the verb

T: I'll highlight it for you

T: Which one is the verb?

No resp

T: Now let's go to one that might be a little more difficult...I see that
Don does not help her...so what's the verb here in this sentence?..

*(Contains attachments, see below)*

Framework:

3b: Using Questioning and Discussion Techniques

Feedback:

Mr. Hester asked a variety of questions during the lesson. He asked checks for understanding as well as scaffolded questions to support student understanding. Mr. Hester also pushed students to expound on their responses by asking "What made you know?" One suggestion to improve in this indicator is to ask questions that promote student-to-student interaction. For example, when you asked students to put the subject and verb in the chat for a sentence, there were varying answers. A good question to ask would have been, "__ says __ is the subject and __ says ___ is the subject. Who's correct and why? Could both be correct? Explain." This encourages students to begin to respond to other students' responses and promotes the consideration of others' perspectives during class discussion.

Mr. Hester is developing in using questioning and discussion techniques.

Next Steps:

Next Steps: During planning, script 1-2 questions that promote discussion in class and in an increase in student-to-student interaction.

---

| | Rating: | Time: |
|---|---|---|
| T types in chat: To prepare for your first check in, tell me one verb and subject your are writing now. Private message. | Developing | |

T: Ok so while you're working I'll be watching your google doc

T: The first one will be at 9:00…

T: Ok guys I'm gonna let you go…I'm gonna give you 10 mins and a check in and then another 10 mins and a check in and then we'll do our reflections

T: This is a question just for the students who don't speak any spanish. In this sentence 'Busca el libro pero no lo encuentra'…there are two verbs here? What are they?

T: Yeah. And that's perfect…what made you know?

X resp

T: Don't google it Just look at the word…in fact put your hands up…Xaria which two are the verbs

T: Alright, there's enough understanding for you to do the assignment…so looking back at our assignment…

T: Yeah

KM resp

T: I have 8 but I'm still short by several

T: This is just to check that you know the subject and the verb...you have 30 seconds and then you're going to send as a private message "Patty no contesta"

T: What I'm gonna do is to put your answer privately as a private message.

T: Pretty solid answers but they came in late...

Let's see William where's your answer, (names students). Nelvin, where's your answer, Jose. Tatiana I see yours...

4 students answer in chat

T: on the count of 3 put your answer in the chat

Alarm goes off

T: So what I want you guys to do is do one on your own. Let's go down to paragraph 3....in this sentence I'm gonna give you 2 mins which is technically kind of a lot...in the 2 mins that I give you tell me who is the subject and who is the verb in the sentence...don't actually look up the words...after 2 mins I'll ask you guys to waterfall your answers.

T: So here we can see Ana is the subject because...in this case Don is the person..

S: Don [in spanish]

T: Who is helping or who is not helping I should say

T: Who here is initiating the action of helping?

T: It wouldn't be no...remember when you break a sentence down, subject and predicate...whoever initiates the action is the subject

S: no

Wait time

T: This is the verb because it describes the action...so who's the subject here?

S: ayuda

T: and what's the spanish word?

S: helps

T: We have Don. We have no. We have per. We have helps.

T: Where's the verb

T: I'll highlight it for you

T: Which one is the verb?

No resp

T: Now let's go to one that might be a little more difficult...I see that Don does not help her...so what's the verb here in this sentence?..

T: Great participation

S: Rama

T: Who was that? Great participation by the way

*(Contains attachments, see below)*

Framework:

| 3c: Engaging Students in Learning

Feedback:

Mr. Hester prepared a lesson requiring students to identify the subjects and verbs in sentences within a larger text. Most students were engaged in the learning and completing the task. To engage learners and build proficiency with language, students need to hear the language being spoken to provide a more immersive experience. Mr. Hester spoke English entirely except when reading the text and speaking the subject and verbs. Additionally, there were no slides to support the learning and provide visuals for students. Since all students were required to do the same activity, there was no differentiation or creation of instructional groupings to support the various language levels and learning needs in the class.

Mr. Hester is developing in engaging students in learning.

Next Steps:

Next Steps: During planning: 1) create a differentiated tasks for students who have stronger grasp of the Spanish language and who can handle an accelerated activity 2) Speak in both Spanish and English to reinforce the language and allow students to hear Spanish spoken in a more authentic way.

---

T: Ok guys, we're at 9:20...one student did say something that I want to share with the class...don't work on another document and paste it over...so ok in preparation for your reflection. Go into your reflection notebook...note something you did, saw or learned today...

Rating:

Developing

Time:

T: alright, last check in will be at 9:20 for reflections.

T types in chat: To prepare for your first check in, tell me one verb

and subject your are writing now. Private message.

T:Ok we are going to move forward...I'm gonna ask Kevin Mendoza... Why did you pick that answer?...

T: Out of 19 students I should see more than 6 students...what is the subject and what is the verb? Rama where's your answer...Kevin got your answer...Mekya where's your answer...

T: Ok and 1,2,3 send your answers...I have 4...I should see more coming in...5 ok wonderful...and they are correct...6 which is also correct.

T: This is just to check that you know the subject and the verb...you have 30 seconds and then you're going to send as a private message "Patty no contesta"

T: What I'm gonna do is to put your answer privately as a private message.

T: Pretty solid answers but they came in late...

T: So what I want you guys to do is do one on your own. Let's go down to paragraph 3....in this sentence I'm gonna give you 2 mins which is technically kind of a lot...in the 2 mins that I give you tell me who is the subject and who is the verb in the sentence...don't actually look up the words...after 2 mins I'll ask you guys to waterfall your answers.

Framework:

| 3d: Using Assessment in Instruction

Feedback:

Mr. Hester asked a variety of questions to check for student understanding during the teacher led portion. During the CFUs, participation was low and he could not get an accurate representation of what students knew. Although he monitored student work during the independent practice, there were no small groups created and no check ins during the independent practice until 10 minutes after students were working to gauge mastery towards the goal of the lesson.

Mr. Hester is developing in using assessment in instruction.

Next Steps:

Next Step: During planning, use data from previous day's lesson to form differentiated groups based on student learning needs. For example, one group can be a small group that works with you and includes students who need support. Another group could be a homogenous group of students who are working on the advanced assignment.

Rating:　　　　　　　　　Time:

Developing

Case 1:21-cv-03166-JEB   Document 28   Filed 12/03/22   Page 64 of 86

Framework:

4f: Showing Professionalism

Feedback:

Mr. Hester has positive interactions with staff and students. However, he is consistently late with submitting lesson plans. While he has improved on weekly grade updates, they are still inconsistent.

Mr. Hester is developing in showing professionalism.

Next Steps:

Next Steps: Updates grades weekly in PowerSchool and submit lesson plans for Spanish II by Thursday 3pm and Spanish III lessons by Sunday noon.

---

T: So many of you are not writing a reflection. Keep in mind the reflections are for a grade...

T: I'm gonna be checking out your notebooks and giving you permission to go once you have everything written down

T: I want to give a reward to (student names)...You guys can work with your cameras off because you gave me answers earlier...everybody else cameras on.

T: I have 8 but I'm still short by several

T: Hmmm. Maybe I should grade this...Let me pull up my gradebook because the students that did this definitely deserve credit....alright 7 answers...Rama double check your answers. Remember what the sentence is...double check your answer guys. Mekya double check your answer

T: Out of 19 students I should see more than 6 students...what is the subject and what is the verb? Rama where's your answer...Kevin got your answer...Mekya where's your answer...

T: Ok and 1,2,3 send your answers...I have 4...I should see more coming in...5 ok wonderful...and they are correct...6 which is also correct.

Let's see William where's your answer, (names students). Nelvin, where's your answer, Jose. Tatiana I see yours...

17 students (15 cameras on)

T: Great participation

S: Rama

T: Who was that? Great participation by the way

Rating:             Time:

Effective

Framework:

> 2b: Establishing a Culture for Learning

Feedback:

> Mr. Hester requires 100% participation in his class. He continuously makes attempts to engage and encourage all learners to participate in the chat. He did not allow students to opt out and rewarded students for participating. Mr. Hester clarifies and corrects student thinking to stress the importance of concise language. Next Steps: Create a slide deck that includes both schoolwide and classroom expectations to be clear and remind students before every class.

> Mr. Hester is effective in establishing a culture for learning.

Next Steps:

> Next Steps: Create a slide deck that includes both schoolwide and classroom expectations to be clear and remind students before every class.

---

               Rating:             Time:

**Effective**

Framework:

> 4d: Participating in a Professional Community

Feedback:

> Mr. Hester attends grade level team meetings on time and participates. He also helped in the planning of the Winter Assembly. Mr. Hester also participates and reflects in weekly coaching meetings and one-on-one sessions with Ms. Stephens.

> Mr. Hester is effective in participating in a professional community.

---

TeachBoost
25 Broadway, 9th Floor
New York, NY 10004
support@teachboost.com

Help | Privacy Policy | Unsubscribe from these emails | © 2021 TeachBoost



Jared Hester <jhester@paulcharter.org>

## Plans
5 messages

---

**Jared Hester** <jhester@paulcharter.org>                    Mon, Dec 14, 2020 at 2:20 PM
To: Tomiko Graves <tgraves@paulcharter.org>, Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran
<ttran@paulcharter.org>

Hello All,

I know on Friday you all set the expectation of my lesson plans being due tomorrow by 9. I am still looking for the
material that would best suit the Spanish II class and having a hard time finding what would be good. I would like to ask
for an extension on the Spanish II lesson plans, perhaps until Thursday morning.

Sincerely,
Mr. Hester

---

**Shalima Olorunoje** <solorunoje@paulcharter.org>                    Mon, Dec 14, 2020 at 7:02 PM
To: Jared Hester <jhester@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Greetings,
Thank you for your email and for following the set norms that we established in our meeting last week. I won't be able to
grant an extension to Thursday. Please have the plans complete by 8 am Wednesday, Dec. 16th

Thank you in advance.
[Quoted text hidden]
--
**Shalima Olorunoje**
HS Principal **|** Paul PCS

**e:** solorunoje@paulcharter.org  **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Tue, Dec 15, 2020 at 8:44 AM
To: Shalima Olorunoje <solorunoje@paulcharter.org>
Cc: Tomiko Graves <tgraves@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Okay. Received. Thank you.
[Quoted text hidden]

---

**Tomiko Graves** <tgraves@paulcharter.org>             Thu, Dec 17, 2020 at 9:29 AM
To: Shalima Olorunoje <solorunoje@paulcharter.org>
Cc: Jared Hester <jhester@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Good morning Mr. Hester,

I'm reaching out because there aren't any lesson plans for Spanish II or Spanish III in the folder as of 9:28 this morning.

Please share your plans as soon as possible.

On Mon, Dec 14, 2020 at 7:02 PM Shalima Olorunoje <solorunoje@paulcharter.org> wrote:
[Quoted text hidden]

--
**T Graves**
HS Assistant Principal **|** Paul PCS
**e:** tgraves@paulcharter.org    **p:** (202) 291 7499
**a:** 5800 Eighth Street NW, Washington DC 20011
**w:** www.paulcharter.org

  

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>             Thu, Dec 17, 2020 at 10:20 AM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>, Trina Tran <ttran@paulcharter.org>

Hello,

I am still in the midst of those.

Thank you,
Mr. Hester
[Quoted text hidden]





**<u>Students Will Read Slideshow in Equal Parts Aloud</u>**

**<u>(Note: *Expect to receive a syllabus next week.*)</u>**

# About Spanish **Source:  (https://lingvist.com/blog/history-of-spanish/).**

Spanish is a language that originated among the peoples of the Iberian Peninsula during the Roman occupation of that peninsula. Its proper name in Spanish is 'cahhs-tae-ahhno'. It is spoken by over 400 million people natively and is the second most spoken native language after Mandarin. The language evolved mostly from Latin and so is similar to other Latin-derived language like Catalan, Portuguese, Italian, French, Romanian, and many more. Linguists refer to this as a dialect continuum, meaning that as these languages get geographically farther from each other, there level of continuity breaks. Portuguese, Catalan, and Italian are extremely similar to Spanish, but French is more different, and Romanian is quite different. Spanish is also the base of creoles and is present in many languages due to its role in colonization. Cristobal Colon (Christopher Columbus) worked for the Spanish and was from Genoa, which used to be its own state but is now a part of Italy.

# <u>Expectations</u>

-Besides general school expectations, you will speak, read, write, translate, and interpret Spanish. You will also look at creoles, dialects, sister languages, and historical versions.

-Our class schedule will consist of: a quick lesson, a short activity, a brief assessment, a group activity, a group assessment, and an individual or a group project and an individual or a group assessment. You will have a homework assignment once a week that will be the same. You will or already have received a document with all this information.

## -You will be expected to speak.

# Understanding children

# Misbehavior

**All student misbehaviors will be logged in Dean's List, and notifications will be sent home and to Mr. Hines following the structure below:**

1. **All class reminder.**
2. **Individual reminder.**
3. **Points in Dean's List.**
4. **Reference to Mr. Hines, proceeding to removal from classroom.**

This is part of growing up, learning and becoming an independent person. Younger children particularly may test constantly. This is not them being naughty, it is the only way they know how. You mean what you say and what it means to their behaviour.

Children will do just about anything to get your attention.

Trying to get revenge has nothing to do with you as a parent or friend. Children may not understand your reaction. By focusing on a rule or limit — it helps to recognise their feelings of anger.

## Feeling powerless

If a child feels upset at not having control, they may often hit out or get mad at an older sibling or friend.

are feeling sad or anxious by behaving badly and may need more sympathy and affection. Punishing them will only make matters worse.

## Stage of development

Some children are simply not able to do what their parents want because of their age or stage of development.

# Misbehavior cont.

-Classroom misbehavior consists of regularly known offenses, such as cursing, bullying, disrespect of teacher, refusal to work or to turn on your camera, use of other websites, and more.

-Typically, you will be safe from any negative  consequences when you use common sense and treat people with courtesy.

# Grading Policy

-Work will generally be graded according ACTFL or ILR standards.

-55 Grading Policy - No student shall receive less than 55% on an assignment which they have put effortful work into.

-You should generally expect to put effort into your work. That includes when it comes to speaking with an effortful pronunciation and conscientious grammar.

-If you have trouble, you should reach out to a classmate by email, then reach out to me ("ask three before me").

# **Diagnostic - 15 minutes**

**-   Spanish 2: Write your name, a greeting, a number, a color, the place where you live (generally), and happy birthday.**



**-   Spanish 3: Complete the task for Spanish 2, then also tell me one thing you did last week and what you will do this week using preterite and future tenses of the verbs.**

**Submit to my email today: jhester@paulcharter.org**

# About Me

I am a Spanish teacher with 3 years of public school teaching experience in Maryland and DC. I also taught English as a volunteer in Rabat, Morocco and Buenos Aires, Argentina. I have lived 2 years of my life outside of the United States in Mexico, Russia, and the aforementioned places. I hold a B.A. in Literature from Bard College, New York.

I am originally from Maryland. My personal interests include art, dance, music, theater, writing, comedy, poetry, psychology, neurology, nature, religions, spiritualities, cultures, histories, and languages.

# What About You?

Write an articulate, flowing paragraph of stuff about yourself and share it with a partner in the breakout room.

I will move through each room and listen.

Make sure you tell your partner what you're looking forward to doing/learning in Spanish class.

# *Beginning Practice*

Link 1: https://www.liveworksheets.com/sh1283595sf

Link 2: https://www.liveworksheets.com/kx1283594xh

Link 3: https://www.liveworksheets.com/fq1283601bg

Link 4: https://www.liveworksheets.com/ab1283614kj

Complete in a Google Doc; Share with jhester@paul



**Jared Hester <jhester@paulcharter.org>**

---

# Technical Issue
3 messages

---

**Jared Hester** <jhester@paulcharter.org>        Mon, Jan 4, 2021 at 3:10 PM
To: Tomiko Graves <tgraves@paulcharter.org>

Good Afternoon Ms. Graves,

I am locked out of my Paul laptop so I will joining our call today by cellphone and computer. I might have to toggle between having my camera on and off and typing my responses.

Looking forward to it,
Mr. Hester

---

**Tomiko Graves** <tgraves@paulcharter.org>        Mon, Jan 4, 2021 at 3:45 PM
To: Jared Hester <jhester@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Good afternoon Mr. Hester,

I hope you enjoyed your break.

I called you and kept the room open until 3:45.  Please refer to the email sent (prior to break) and prepare a pre-assessment using Avancemos for both your Spanish 2 and 3 classes.

Let me know if you have any questions.

**An excerpt from the email is below as a reminder:**

After considering the shifts you will be making with students as it relates to working primarily from Avancemos, I was going to discuss with you today about administering a pre-assessment with them on Tuesday and Wednesday, January 4 & 5.

<u>I feel this will be helpful for a number of reasons:</u>
1) The diagnostic you gave at the beginning of the year included students completing it together in class, which negates their scores and limits your ability to use it. (We discussed this already).
2) Since students have already begun some Spanish instruction and are coming with a wide range of language-speaking, it would be difficult to determine where to begin in the Avancemos curriculum; a concern you shared.
3) The assessment would come from Avancemos, which means that, depending on the sections of the assessment used within Avancemos, it provides you the corresponding unit aligned with that section of the assessment.  This would be extremely helpful, if, for example you noticed 75% of students did not do well on section 2.  Well, section 2 is aligned to chapter __.  That allows you to go into that section and think about creating a lesson from there.

The assessments are located on the "Teacher resources" tab, under "Differentiated Assessments."

<u>The assessment is written as a pdf so here are some challenges (and some potential action steps) with the assessment:</u>
1) Students have access to the digital textbook, but if they haven't used it, you would have to take time to give them logins and show them how to access it. *This is definitely something I'm sure you would want to do anyway, as that is how they can have the whole experience in acquiring the language.*
OR
2) You could recreate/rewrite the assessment (or portions of it) into a Google Form.  The advantages of this would be that you get all data instantly, already aggregated for you and you can easily see trends.  Another advantage is that you could potentially add additional options to student choices to reflect other realistic choices.

---

[Quoted text hidden]

--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>                    Mon, Jan 4, 2021 at 4:18 PM
To: Tomiko Graves <tgraves@paulcharter.org>
Cc: Shalima Olorunoje <solorunoje@paulcharter.org>

Hello Ms. Graves,

My break was great, thank you for asking. How was yours?

I am sorry that you waited so long. The technical issue took about half an hour to fully resolve but I logged into the call a second time around 3:20 and got a wait screen, but I am now using my laptop.

I was wondering if you could explain the need for the exam. I sent you an email earlier clarifying that my pre-exam results from October were valid but that you made a mistake of perceiving that I had graded them with the students. (I believe you came into a class where they had completed it days before.) At this point, I am comfortable making a judgement about my students' abilities and do not see the need for the exam but could use it as a mid-term.

My current plan for students with Avancemos is to make lessons out of the authentic textual and audio portions of the book that challenge students to read and listen to the authentic Spanish and pair them with an exercise from the book, then use the resources on the Spanish FYI site to have students answer questions or read and respond to articles, as well as supplement their exposure and responsiveness to Spanish with materials from the UT Austin LAITS website: https://www.laits.utexas.edu/spe/ This is from the project plan I sent you before break.

I was wondering if this combination of textbook and authentic resources could be a compromise for both of us so that students are getting the structure from the book you want and I am able to give them the authentic experience I want.

What do you think?

Sincerely,
Mr. Hester



PAUL **PUBLIC CHARTER SCHOOL**

**Jared Hester <jhester@paulcharter.org>**

---

## Project Plan and Other Lesson Planning Topics
3 messages

---

**Jared Hester** <jhester@paulcharter.org>                                    Thu, Dec 17, 2020 at 3:34 PM
To: Tomiko Graves <tgraves@paulcharter.org>

Hi, Ms. Graves,

I wanted to send you screenshots of some project plans I made just so you can see that I have been working on lessons. In addition to that, I want to add weekly grammar lessons with matching homework and an assessment that will support them on this acquisition-based project.

I wanted to say about that, I have studied Russian, German, Spanish, French, Arabic, and Hebrew abroad and in the US, and at many famous institutes like the National Autonomous University of Mexico and Middlebury College. All in all, the language learning experts agree that acquisition-based learning is the way to becoming proficient in a particular language. This is the method that the State Department uses for example.

As for the textbook, I have been working on reading it since Sunday. The materials look really good and there are a lot of great acquisition-based materials. I am just generally unfamiliar with these materials so it will take me some time to figure out how to implement them. I am more familiar with the materials I am using in my projects which is why I am using them (I can come up with lessons faster). All in all, I am doing my best at the moment, also considering I am a little bit limited in some ways.

I wanted to share the introduction from the book with you, and Ms. Olorunoje and Ms. Tran if they want to: https://players.brightcove.net/906043067001/H1MR0nxf_default/index.html?videoId=ref:Avancemos_Final_market. "We don't learn language, we acquire language" is really a foundational statement from the video.

I know you have concerns about students accessing learning material that is in Spanish (although experts agree that this is the best way to familiarize learners of all levels) and that this could tie into student success in terms of their grades, but I wanted to provide some data from my gradebook that might dispel your concerns. (This data does not contain the two most recent assignments from this week.) I have 68 students total, 25 are passing with at least a C, 23 are failing due to absence, and the remaining 20 are failing due to missing work (but not improficient work - most of their work is spot on when turned in). I think the two biggest data points that may be making it look like the use of authentic material may be causing them to fail are the 23 chronically absent students and the 20 students who are missing assignments.

I would love to receive your feedback. (I know it is break, so please don't let me pull you away from free time but I also know that this is important.)

Sincerely,
Jared

---

**4 attachments**



**Screenshot 2020-12-17 at 2.33.54 PM.png**
132K

**Screenshot 2020-12-17 at 2.34.09 PM.png**
95K





**Screenshot 2020-12-17 at 2.33.44 PM.png**
116K



**Screenshot 2020-12-17 at 2.34.20 PM.png**
117K

---

**Tomiko Graves** <tgraves@paulcharter.org>              Thu, Dec 17, 2020 at 4:44 PM
To: Jared Hester <jhester@paulcharter.org>

Good afternoon Mr. Hester,

Thanks for sharing your thoughts.

I am a little familiar with the theory of acquisition learning. My children have been fortunate to attend Spanish immersion schools since Kindergarten, where the language acquisition included a learning of the culture through the perspectives of the teacher experiences as they came from a number of different Spanish-speaking countries. Additionally, naturally, the earlier you learn a language, in a non-formal way, can provide a deeper experience with language learning and proficiency. They have also been afforded the opportunity to be in immersive environments in Panama.

I'm glad that you recognize that the Avancemos curriculum focuses on students "acquiring" the language and not just "learning" it. Although, there's a space for both.

After considering the shifts you will be making with students as it relates to working primarily from Avancemos, I was going to discuss with you today about administering a pre-assessment with them on Tuesday and Wednesday, January 4 & 5.

<u>I feel this will be helpful for a number of reasons:</u>
1) The diagnostic you gave at the beginning of the year included students completing it together in class, which negates their scores and limits your ability to use it. (We discussed this already).
2) Since students have already begun some Spanish instruction and are coming with a wide range of language-speaking, it would be difficult to determine where to begin in the Avancemos curriculum; a concern you shared.
3) The assessment would come from Avancemos, which means that, depending on the sections of the assessment used within Avancemos, it provides you the corresponding unit aligned with that section of the assessment. This would be extremely helpful, if, for example you noticed 75% of students did not do well on section 2. Well, section 2 is aligned to chapter __. That allows you to go into that section and think about creating a lesson from there.

The assessments are located on the "Teacher resources" tab, under "Differentiated Assessments."

<u>The assessment is written as a pdf so here are some challenges (and some potential action steps) with the assessment:</u>

1) Students have access to the digital textbook, but if they haven't used it, you would have to take time to give them logins and show them how to access it. *This is definitely something I'm sure you would want to do anyway, as that is how they can have the whole experience in acquiring the language.*
OR
2) You could recreate/rewrite the assessment (or portions of it) into a Google Form. The advantages of this would be that you get all data instantly, already aggregated for you and you can easily see trends. Another advantage is that you could potentially add additional options to student choices to reflect other realistic choices.

I would like to schedule a time for us to meet tomorrow to come up with some concrete plans prior to break.

The only preparation needed is for you to have access to Avancemos, which you already do.

Let me know!
[Quoted text hidden]
--

**T Graves**

HS Assistant Principal **|** Paul PCS

**e:** tgraves@paulcharter.org   **p:** (202) 291 7499

**a:** 5800 Eighth Street NW, Washington DC 20011

**w:** www.paulcharter.org

   

*Opening the door to unlimited potential.* **DONATE TODAY**



---

**Jared Hester** <jhester@paulcharter.org>          Fri, Dec 18, 2020 at 10:37 AM
To: Tomiko Graves <tgraves@paulcharter.org>

Good Morning!

Sorry I did not respond earlier. I am a little unwell today and will read it in full soon.

Thanks,
Jared
[Quoted text hidden]

| How are students processing the content and engaging in the description of the model? | Description of Model & Key Points | Scripted Questions: <ul><li>¿Es el COVID-19 una pandemia?</li><li>¿Es la pandemia en todo el mundo?</li><li>¿Es la pandemia en Washington, DC?</li><li>¿Es la pandemia buena o mala?</li><li>¿Te gusta la pandemia o no?</li></ul> |
|---|---|---|
| | *Framing: The skill students will see and how students should engage.* <br><br> *Show-n-Tell: Self-talk/narration of the thinking process for the skill with visuals* <br><br> *Debrief: CFU/Discussion and stamping of key points for thinking process (what & why). Launch into group or IP.* | |
| | **Accommodations** | As specified in student IEP and 504 plans, and other necessary modifications. |
| STUDENT PRACTICE | **Pacing** | 45 minutes |

| How are students applying their learning through an independent/group task? How is student work monitored and feedback provided? | Description of Task | Whole Class Practice (10 min):<br><br>• Essential:<br><br>• Advanced:<br><br>Small Group Practice/Project Work (20 min): https://hmhfyi.com/spanish/what-do-you-think/<br><br>• Essential: (All students, heterogenous groupings)<br>  ○ Assign roles of recorder, text-splitter, opinion poll reader, and vote reporter.<br>  a. Recorder records class participation on Flipgrid through "record screen" function in "options" menu. Take extra 5 minutes for this on first day.<br>    i. In the recording, all cameras must be on and all students must speak to get credit.<br>    ii. If your camera or microphone is broken, send me a letter from tech or an admin letting me know.<br>  b. Text-splitter splits the text in even parts and assigns them to classmates. |

**Comments:**

Jared Hester — 7:51 PM Today
@bstephens@paulcharter.org I could use that video about Argentina reopening for this spot. Could you send it to me?

Brianna Stephens — 6:40 PM Today
I like this breakdown of roles! May borrow! I'm excited to hear how it goes so I can possibly apply it to my class.

Jared Hester — 6:53 PM Today
Certainly!

palabras (_____), ... (_____)
y (_____).

○ Answer:

■ ¿Es la vida durante la pandemia fácil o difícil? (La vida durante la pandemia es…)

■ ¿Es la vuelta a la escuela importante o no? (La vuelta a la escuela es…)

■ ¿Tendrás muchas preguntas al respecto o no?

■ ¿Qué ofrecen?

● Advanced: ¿Cuándo y cómo se reabrirán las escuelas?

○ Read text aloud in Flipgrid.

○ Tell me up to 5 words you don't recognize, if any.

○ Dame un dato importante.

○ Dame una perspectiva al problema.

○ ¿Cómo opinas tu? ¿Estás de acuerdo con las ideas expresadas en este artículo, o no?

| Accommodations | As specified in student IEP and 504 plans, and other necessary modifications. |
| --- | --- |
| **CLOSING** | **Pacing** | 10 minutes |

**Comments:**

Brianna Stephens
6:39 PM Today
Great giving them sentence stems!

Jared Hester
6:53 PM Today
I think they will help. Thanks!